# Exhibit 1

## California

**U.S. Marshals Service offices are based on the organizational structure of the Federal District Court system. California is divided into four judicial districts that are referred to as the Northern, Eastern, Central, and Southern Districts of California.**



**Northern District of California:**

The Northern District comprises the counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma.

Court for the Northern District is held in San Francisco, Eureka, Oakland, and San Jose.



**Eastern District of California:**

The Eastern District comprises the counties of Alpine, Amador, Butte, Calaveras, Colusa, El Dorado, Fresno, Glenn, Inyo, Kern, Kings, Lassen, Madera, Mariposa, Merced, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo, and Yuba.

Court for the Eastern District is held in Sacramento and Fresno.



**Central District of California:**

The Central District comprises the counties of Los Angeles, Orange County, Riverside, San Bernardino, San Luis Obispo, Santa Barbara and Ventura.

Court for the Central District is held in Los Angeles, Riverside, Lompoc, Pasadena, Santa Ana and Santa Barbara.



**Southern District of California:**

The Southern District comprises the counties of Imperial and San Diego.

Court for the Southern District is held in San Diego and El Centro.

The organizational structure of the district can be found in the United States Code Title 28, Part I, Chapter 5, Section 84.