# Exhibit 2



"Enriching Lives"

# Cities within the County of Los Angeles

| City Name | Supervisorial District | Incorporation Effective | Class | Population* |
|---|---|---|---|---|
| Agoura Hills | 3 | Dec. 8, 1982 | General Law | 23,387 |
| Alhambra | 5 | July 11, 1903 | Charter | 89,501 |
| Arcadia | 5 | Aug. 5, 1903 | Charter | 56,719 |
| Artesia | 4 | May 29, 1959 | General Law | 17,608 |
| Avalon | 4 | June 26, 1913 | General Law | 3,559 |
| Azusa | 1 | Dec. 29, 1898 | General Law | 49,207 |
| Baldwin Park | 1 | Jan. 25, 1956 | General Law | 81,604 |
| Bell | 1 | Nov. 7, 1927 | Charter | 38,867 |
| Bell Gardens | 1 | Aug. 1, 1961 | General Law | 77,312 |
| Bellflower | 4 | Sept. 3, 1957 | General Law | 47,002 |
| Beverly Hills | 3 | Jan. 28, 1914 | General Law | 36,224 |
| Bradbury | 5 | July 26, 1957 | General Law | 963 |
| Burbank | 5 | July 15, 1911 | Charter | 108,469 |
| Calabasas | 3 | April 5, 1991 | General Law | 23,788 |
| Carson | 2 | Feb. 20, 1968 | General Law | 98,047 |
| Cerritos (a) | 4 | April 24, 1956 | Charter | 54,946 |
| Claremont | 1 | Oct. 3, 1907 | General Law | 37,608 |
| Commerce | 1 | Jan. 28, 1960 | General Law | 13,581 |
| Compton | 2 | May 11, 1888 | Charter | 99,769 |
| Covina | 5 | Aug. 14, 1901 | General Law | 49,622 |
| Cudahy | 1 | Nov. 10, 1960 | General Law | 26,029 |
| Culver City | 2 | Sept. 20, 1917 | Charter | 40,722 |
| Diamond Bar | 4 | April 18, 1989 | General Law | 61,019 |
| Downey | 4 | Dec. 17, 1956 | Charter | 113,715 |
| Duarte | 5 | Aug. 22, 1957 | General Law | 23,124 |
| El Monte | 1 | Nov. 18, 1912 | General Law | 126,464 |
| El Segundo | 4 | Jan. 18, 1917 | General Law | 17,049 |
| Gardena | 2 | Sept. 11, 1930 | General Law | 61,927 |
| Glendale | 5 | Feb. 15, 1906 | Charter | 207,902 |
| Glendora | 5 | Nov. 13, 1911 | General Law | 52,830 |
| Hawaiian Gardens | 4 | April 14, 1964 | General Law | 15,884 |
| Hawthorne | 2 | July 12, 1922 | General Law | 90,145 |
| Hermosa Beach | 4 | Jan. 10, 1907 | General Law | 19,599 |
| Hidden Hills | 3 | Oct. 19, 1961 | General Law | 2,025 |
| Huntington Park | 1 | Sept. 1, 1906 | General Law | 64,219 |
| Industry | 1 | June 18, 1957 | Charter | 803 |
| Inglewood | 2 | Feb. 14, 1908 | Charter | 119,053 |
| Irwindale | 1 | Aug. 6, 1957 | Charter | 1,717 |
| La Cañada-Flintridge | 5 | Dec. 8, 1976 | General Law | 21,261 |
| La Habra Heights | 4 | Dec. 4, 1978 | General Law | 6,161 |
| La Mirada (b) | 4 | March 23, 1960 | General Law | 50,015 |
| La Puente | 1 | Aug. 1, 1956 | General Law | 43,355 |
| La Verne (c) | 5 | Sept. 11, 1906 | General Law | 34,051 |
| Lakewood | 4 | April 16, 1954 | General Law | 83,636 |
| Lancaster | 5 | Nov. 22, 1977 | Charter | 145,875 |
| Lawndale | 2 | Dec. 28, 1959 | General Law | 33,641 |
| Lomita | 4 | June 30, 1964 | General Law | 21,015 |
| Long Beach (d) | 4 | Dec. 13, 1897 | Charter | 494,709 |
| Los Angeles | 2,4 | April 4, 1850 | Charter | 4,094,764 |
| Lynwood | 2 | July 16, 1921 | General Law | 73,295 |
| Malibu | 3 | March 28, 1991 | General Law | 13,765 |

### Chronological Order of Incorporation

1. Los Angeles
2. Pasadena
3. Santa Monica
4. Monrovia
5. Pomona
6. Long Beach
7. South Pasadena
8. Compton
9. Redondo Beach
10. Whittier
11. Azusa
12. Covina
13. Alhambra
14. Arcadia
15. Vernon
16. Glendale
17. Huntington Park
18. La Verne
19. Hermosa Beach
20. Sierra Madre
21. Claremont
22. Inglewood
23. Burbank
24. San Fernando
25. Glendora
26. El Monte
27. Manhattan Beach
28. San Gabriel
29. San Marino
30. Avalon
31. Beverly Hills
32. Monterey Park
33. El Segundo
34. Culver City
35. Montebello
36. Torrance
37. Lynwood
38. Hawthorne
39. South Gate
40. West Covina
41. Signal Hill
42. Maywood
43. Bell
44. Gardena
45. Palos Verdes Estates
46. Lakewood
47. Baldwin Park
48. Cerritos
49. La Puente
50. Downey
51. Rolling Hills

## Cities within the County of Los Angeles (continued)

| City Name | Supervisorial District | Incorporation Effective | Class | Population* |
|---|---|---|---|---|
| Manhattan Beach | 4 | Dec. 7, 1912 | General Law | 36,773 |
| Maywood | 1 | Sept. 2, 1924 | General Law | 30,034 |
| Monrovia | 5 | Dec. 15, 1887 | General Law | 39,984 |
| Montebello | 1 | Oct. 15, 1920 | General Law | 65,781 |
| Monterey Park | 1 | May 29, 1916 | General Law | 65,027 |
| Norwalk | 4 | Aug. 26, 1957 | General Law | 109,817 |
| Palmdale | 5 | Aug. 24, 1962 | Charter | 152,622 |
| Palos Verdes Estates | 4 | Dec. 20, 1939 | General Law | 14,085 |
| Paramount | 4 | Jan. 30, 1957 | General Law | 57,989 |
| Pasadena | 5 | June 19, 1886 | Charter | 151,576 |
| Pico Rivera | 1 | Jan. 29, 1958 | General Law | 66,967 |
| Pomona | 1 | Jan. 6, 1888 | Charter | 163,683 |
| Rancho Palos Verdes | 4 | Sept. 7, 1973 | General Law | 42,893 |
| Redondo Beach | 4 | April 29, 1892 | Charter | 68,105 |
| Rolling Hills | 4 | Jan. 24, 1957 | General Law | 1,974 |
| Rolling Hills Estates | 4 | Sept. 18, 1957 | General Law | 8,157 |
| Rosemead | 1 | Aug. 4, 1959 | General Law | 57,756 |
| San Dimas | 5 | Aug. 4, 1960 | General Law | 36,946 |
| San Fernando | 3 | Aug. 31, 1911 | General Law | 25,366 |
| San Gabriel | 5 | April 24, 1913 | General Law | 42,984 |
| San Marino | 5 | April 25, 1913 | General Law | 13,415 |
| Santa Clarita | 5 | Dec. 15, 1987 | General Law | 177,641 |
| Santa Fe Springs | 4 | May 15, 1957 | General Law | 17,929 |
| Santa Monica | 3 | Dec. 9, 1886 | Charter | 92,703 |
| Sierra Madre | 5 | Feb. 7, 1907 | General Law | 11,099 |
| Signal Hill | 4 | April 22, 1924 | Charter | 11,465 |
| South El Monte | 1 | July 30, 1958 | General Law | 22,627 |
| South Gate | 1 | Jan. 15, 1923 | General Law | 101,914 |
| South Pasadena | 5 | Feb. 29, 1888 | General Law | 25,881 |
| Temple City | 5 | May 25, 1960 | Charter | 35,892 |
| Torrance | 4 | May 12, 1921 | Charter | 149,717 |
| Vernon | 1 | Sept. 22, 1905 | Charter | 96 |
| Walnut | 1 | Jan. 19, 1959 | General Law | 32,659 |
| West Covina | 1 | Feb. 17, 1923 | General Law | 112,890 |
| West Hollywood | 3 | Nov. 29, 1984 | General Law | 37,805 |
| Westlake Village | 3 | Dec. 11, 1981 | General Law | 8,872 |
| Whittier | 4 | Feb. 28, 1898 | Charter | 87,128 |

*Source: California Department of Finance, January 2010

## Cities Now Consolidated

| City Name | Date of Incorporation | Consolidated with City of | Date of Consolidation |
|---|---|---|---|
| Barnes City | Feb. 13, 1926 | Los Angeles | April 11, 1927 |
| Belmont Heights | Oct. 9, 1908 | Long Beach | Nov. 24, 1909 |
| Eagle Rock | March 1, 1911 | Los Angeles | May 17, 1923 |
| Hollywood | Nov. 9, 1903 | Los Angeles | Feb. 7, 1910 |
| Hyde Park | May 12, 1921 | Los Angeles | May 17, 1923 |
| San Pedro | Mar. 1, 1888 | Los Angeles | Aug. 28, 1909 |
| Sawtelle | Nov. 26, 1906 | Los Angeles | July 13, 1922 |
| Tropico | Mar. 15, 1911 | Glendale | Jan. 9, 1918 |
| Tujunga | May 1, 1925 | Los Angeles | March 7, 1932 |
| Venice (e) | Feb. 17, 1904 | Los Angeles | Nov. 25, 1925 |
| Watts | May 23, 1907 | Los Angeles | May 29, 1926 |
| Wilmington | Dec. 27, 1905 | Los Angeles | Aug. 28, 1909 |

## Chronology (continued)

| | Chronological Order of Incorporation |
|---|---|
| 52. | Paramount |
| 53. | Santa Fe Springs |
| 54. | Industry |
| 55. | Bradbury |
| 56. | Irwindale |
| 57. | Duarte |
| 58. | Norwalk |
| 59. | Bellflower |
| 60. | Rolling Hills Estates |
| 61. | Pico Rivera |
| 62. | South El Monte |
| 63. | Walnut |
| 64. | Artesia |
| 65. | Rosemead |
| 66. | Lawndale |
| 67. | Commerce |
| 68. | La Mirada |
| 69. | Temple City |
| 70. | San Dimas |
| 71. | Cudahy |
| 72. | Bell Gardens |
| 73. | Hidden Hills |
| 74. | Palmdale |
| 75. | Hawaiian Gardens |
| 76. | Lomita |
| 77. | Carson |
| 78. | Rancho Palos Verdes |
| 79. | La Cañada-Flintridge |
| 80. | Lancaster |
| 81. | La Habra Heights |
| 82. | Westlake Village |
| 83. | Agoura Hills |
| 84. | West Hollywood |
| 85. | Santa Clarita |
| 86. | Diamond Bar |
| 87. | Malibu |
| 88. | Calabasas |

**Footnotes**

(a) Name changed from Dairy Valley to Cerritos, March 1, 1966.

(b) Incorporated March 23, 1960 as City of Mirada Hills. Name changed to La Mirada on December 15, 1960 (approved by voters November 8, 1960, filed with Secretary of State on December 15, 1960).

(c) Incorporated September 11, 1906 as City of Lordsburg Name changed to La Verne on August 24, 1917.

(d) First incorporated on February 10, 1888, disincorporated July 24, 1896. Second incorporation effective December 13, 1897 — Long Beach.

(e) Incorporated as the City of Ocean Park on February 17, 1904. Name changed to Venice June 2, 1911.

Public Affairs, Chief Executive Office
County of Los Angeles
Room 358, Kenneth Hahn Hall of Administration
Phone (213) 974-1311
http://lacounty.gov
REV. 2/12 AS (9-10)