# Exhibit 3



- [Solutions](#)
- [Products](#)
- [Why Vivato?](#)
- [The Company](#)
- [Weblog](#)
- [Support](#)

## Carrier-Class Wi-Fi — Extended Coverage with Significantly Less Access Points

Vivato Technologies Carrier-Class Wi-Fi extends the range of each access point from feet to MILES, providing your outdoor network with increased coverage area, and mobile users with stronger signals and less noise floor issues. As a result, Vivato allows you to colocate Wi-Fi as you would cellular (3G/LTE), capitalizing on hundreds of thousands of known and proven sites, including towers. If end user performance, CAPEX and OPEX are your drivers, Vivato is your clear choice for outdoor Wi-Fi.

[Government](#)

## VIVATO TECHNOLOGIES = 10X the coverage

Vivato dramatically extends the range of each access point, providing your network with increased coverage area and your customers with stronger signals and less noise floor issues. Whether you are a Service Provider, Local Network Operator or Single Operator, significantly increasing the range and strength of your network's edge dramatically improves your Wi-Fi performance.

### Solutions

[Broadband](#)

[Local](#)

### Products

[VT2200](#)

[VT2210](#)

### Why Vivato?

[10 Reasons](#)

[Implementation Benefits](#)

[Technology](#)

[Patents](#)

[Relationships](#)

### The Company

[About](#)

[Contact Us](#)

[Employment](#)

Case 6:21-cv-00625-ADA   Document 24-2   Filed 11/24/21   Page 3 of 3

Press

**Weblog**

Installs

Client successes

**Support**

Brochures

Data Sheets

Presentations

**Contact**

Corporate HQ
444 S. Cedros Ave.
Solana Beach, CA 92075
P 858.633.8429
E support@vivato.com

Business Dev. Office
712 Fifth Ave. 45th Fl.
New York, NY 10019
P 212.400.7950
E support@vivato.com

Copyright ©2011 Vivato Inc. All rights reserved.