# Exhibit 5

## Contact

www.linkedin.com/in/
siavashalamouti (LinkedIn)
mimik.com/mimik-team (Other)
mimik.com (Company)

## Top Skills

Mobile Devices
Wireless
Telecommunications

## Languages

Spanish (Limited Working)
Farsi (Native or Bilingual)
English (Native or Bilingual)

# Siavash Alamouti

EVP, Head of R&D at Wells Fargo
San Francisco

## Summary

We're in the midst of an exciting era traversing from mobile internet to the hyper-connected web. Mobile internet enabled democratised access to information and created an app economy that has transformed many aspects of our lives. The cost was data privacy and loss of control of data for both consumers and enterprises. We have an opportunity to fix this by putting consumers and enterprises in control of their data considering both privacy and monetisation to strengthen our personal freedom and collective prosperity in the burgeoning hyper-connected world. New technologies and architectures such as API and microservices driven developments, hybrid edge cloud and distributed computing are key enablers. We must bring about a fundamental change to the data-driven economy and business models that have been facing serious challenges with data privacy and piracy. We need to revisit the architecture of internet and the way we design, develop and deploy applications making benefit to humankind the primary objective without any compromise.

---

## Experience

**Wells Fargo**
EVP, Head of R&D
April 2020 - Present (1 year 6 months)
San Francisco Bay Area

**mimik technology inc.**
7 years 9 months

Executive Chairman
January 2020 - Present (1 year 9 months)
San Francisco Bay Area

President & CEO
January 2014 - January 2020 (6 years 1 month)
Vancouver, Canada Area

Our mission is to help build a hybrid edge cloud by enabling all computing devices to act as cloud servers when possible. Our distributed hybrid edge cloud software platform helps create a cloud fabric that is orders of magnitude larger, cheaper, faster, more open and with better data privacy. This will help enterprises build and maintain their apps and services more efficiently and will help enterprises and consumers be in better control of their data and digital assets.

Tensorcom Inc.
Board Member
January 2016 - Present (5 years 9 months)

Tensorcom is a fabless semiconductor company with the lowest power and smallest WiGig solution in the market.

Coolstar Technology Inc.
Advisor to the Board
March 2016 - Present (5 years 7 months)

Coolstar is a fabless semiconductor company developing disruptive energy efficient technologies based on proprietary silicon power transistors. Its innovative solutions prolonging battery life for mobile devices, saving billions of dollars of operation costs for cloud data centers, and ultimately making a greener Earth.

Vodafone
Group R&D Director
March 2010 - September 2013 (3 years 7 months)

In charge of R&D for strategic new products and services, industry standards, liaisons, academic and research relationships. IPR, and Vodafone Ventures

Intel Corporation
Intel Fellow, CTO, Mobile Wireless Group
October 2004 - March 2010 (5 years 6 months)
Santa Clara, CA

Vivato
CTO
December 2000 - August 2004 (3 years 9 months)

Cadence Design Systems
Engineering Director, Senior Technical Leader
May 1998 - December 2000 (2 years 8 months)

Milpitas, CA

AT&T
Senior Scientist
June 1995 - July 1998 (3 years 2 months)
Redmond, WA

MPR Teltech Ltd
Member of Technical Staff
1991 - 1995 (4 years)

---

## Education

The University of British Columbia
M.A.Sc, Electrical Engineering · (1985 - 1992)