# Exhibit 6

## Contact

www.linkedin.com/in/hujun-yin-87b1973 (LinkedIn)

## Top Skills

WiMAX
3GPP
Wireless

## Languages

English (Full Professional)
Chinese (Native or Bilingual)

## Patents

AN APPARATUS AND METHOD TO ENABLE DEVICE-TO-DEVICE (D2D) DISCOVERY IN CELLULAR NETWORKS

Systems and methods for arranging MAC layer PDUs in a downlink burst

Uplink feedback channel reporting mechanism in wireless systems

Apparatus, systems and methods adapted for opportunistic forwarding of uplink short messages in wireless metropolitan area networks

Method and apparatus for interference mitigation in wireless systems

# Hujun Yin

CEO, Founder at XINJI Technology
San Jose

## Summary

Lead of broadband wireless standards and research

Specialties: wireless communication, radio access protocols, signaling processing, wireless standards: WiMAX, WiFi, 3GPP

## Experience

XINJI Technology co., ltd.
CEO, Founder
January 2020 - Present (1 year 9 months)
Shanghai, China

Intel Corporation
16 years

Senior Director Connectivity Standards and Systems
March 2013 - 2020 (7 years)

Principal Engineer
January 2007 - March 2013 (6 years 3 months)

Director of Radio System Technology

Principal wireless architect
November 2004 - December 2006 (2 years 2 months)

Vivato Inc.
Senior wireless architect
2002 - 2004 (2 years)

Senior wireless architect for WiFi smart antenna solutions

AT&T
Senior member of technical staff
2001 - 2002 (1 year)

Senior member of technical staff at AT&T Labs-research

Page 1 of 2

## Education

**University of Washington**
Ph.D, Electrical Engineering · (1998 - 2001)

**Shanghai Jiao Tong University**
MS, Electrical Engineering · (1995 - 1997)

**Shanghai Jiao Tong University**
BS, Electrical Engineering · (1991 - 1995)