# Exhibit 7

Case 6:21-cv-00685-ADA Document 34 Filed 11/24/21 Page 2 of 4
Praveen Mehrotra Phone Number, Address, Email & More | BeenVerified



# Verified

Log In

| Praveen | Mehrotra | City | All States ▾ | View Records |

BeenVerified > People Search > Mead to Mellin > Mehrotra to Mehta > Praveen Mehrotra

🔒 **WE RESPECT YOUR PRIVACY**



## Praveen Mehrotra Directory in the US

We found 4 records in 8 states for Praveen Mehrotra in our US directory. The top state of residence is New Jersey, followed by Washington. The average Praveen Mehrotra is around 59 years of age with around 100% falling in to the age group of 41-60. Search Praveen Mehrotra names directory to see where they may live as well as their possible previous & current home addresses, cell phones, email addresses, background report, social profiles, professional history and more.

View Public Record Results

**Filter by Age** ∧
41-60 (2)

**Filter by State** ∧
Connecticut (1)
Maryland (1)
Massachusetts (1)
New Jersey (2)
Pennsylvania (1)

**PUBLIC RECORDS**
Phone Search
Email Search
Address Search
People Search
Popular Topics
Property Search
Public Records

### Praveen K Mehrotra |

View Profile

Morris Plains, New Jersey
**Age: 58**
📞 **Phone Number:** 973-580-7317, 973-984-5456, 908-277-6
🏠 **Addresses:** 38 Meadow Bluff Rd, Morris Plains, NJ ; 65 Bran
👥 **Relatives:** Nidhi Mehrotra, Sanjay Mehrotra, Shalini X Mehr
👓 **Seen As:** Praveen Mehrotra, Mehrotra Praveen
🚩 **Previous Locations:** Summit, NJ; Basking Ridge, NJ

### Praveen Mehrotra |

View Profile

Groton, Connecticut
**Age: 60**
📞 **Phone Number:** 860-961-7982, 860-918-1393, 860-444-2
🏠 **Addresses:** 516 Gold Star Hwy, Groton, CT ; 109 Applegate
👥 **Relatives:** Pragyana Mehrotra
✉️ **Email:** @rediffmail.com
🚩 **Previous Locations:** Tinton Falls, NJ

### Praveen Mehrotra |

San Jose, California
📞 **Phone Number:** 509-927-5861, 425-895-0033, 408-824-5
🏠 **Addresses:** 135 Rio Robles E Unit 431, San Jose, CA ; 221 S.
🚩 **Previous Locations:** Spokane Valley, WA; Redmond, WA

Search For Phone Num
Enter Area Code
(
)
-
Search

Find Out More About A
(e.g. 123 Apple St. Dow



**Verified**

Log In

| Praveen | Mehrotra | City | All States ▾ | View Records |

Education History
Get report

Professional History
Get report

 **Praveen Mehrotra In**    Search Social Records

Search to uncover possible Instagram accounts for Praveen Mehrotra.

**Praveen K Mehrotra**
Get Report

**Praveen Mehrotra**
Get Report

### FAQ: Learn more about our top result for Praveen Mehrotra

**What is Praveen Mehrotra's address?**
Praveen Mehrotra's address is 516 Gold Star Hwy, Groton, Connecticut 6340. Praveen may also have lived in Tinton Falls, NJ

**What is Praveen Mehrotra's phone number?**
Praveen Mehrotra's phone number is 860-444-2743. Previous phone numbers may include 860-918-1393 and 860-961-7982.

**What is Praveen Mehrotra's age?**
Praveen Mehrotra is 60 years old.

**What is Praveen Mehrotra's email address?**
Praveen Mehrotra's email address is crestpraveen@rediffmail.com.

Praveen Mehrotra | Phone Number, Address, Email & More | BeenVerified

# Verified

Log In

| Praveen | Mehrotra | City | All States ⌄ | View Records |
|---------|----------|------|---------------|--------------|

-Customer Care

| About Us | BV Apps & Data | Help | Tools |
|----------|----------------|------|-------|
| Our Story | All BV Apps | Support | People Search |
| Team | For iPhone / iPad - Download | Contact Us | Reverse Phone Lookup |
| Press | For Android - Download | Do's & Don'ts | Email Lookup |
| Careers | Business Contact Search | FAQ | Reverse Address Lookup |
| Customer Reviews | | Do Not Sell My Personal Information | Property Owner Search |
| Blog | | Join our Affiliate Program | Public Records |
| | | Popular Topics | Criminal Records |
| | | Names Directory | Arrest Records |
| | | Most Common Names | Background Checks |
| | | | White Pages Lookup |



Disclaimer: BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act. You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" and Terms & Conditions.

© 2021 BeenVerified, Inc., all rights reserved. BeenVerified©, and the BeenVerified star mascot are registered trademarks of BeenVerified, Inc.

Terms & Conditions | Privacy Policy

Accessibility ♿