# Exhibit 9

## Contact

www.linkedin.com/in/skipcrilly
(LinkedIn)

## Top Skills

Cellular Communications
Mobile Communications
WiFi

# Skip Crilly

Volunteer Science Outreach Ambassador at National Radio Astronomy Observatory
Green Bank

## Experience

**National Radio Astronomy Observatory**
Volunteer Science Outreach Ambassador
August 2014 - Present (7 years 2 months)

Radio telescope design, engineering, construction and improvements, radio astronomy and SETI

**Cellular Specialties Inc / Westell Technologies, Inc**
CTO / MTS
June 2006 - March 2016 (9 years 10 months)
Manchester, NH

**Vivato**
CTO/Chief Scientist
November 2000 - December 2005 (5 years 2 months)

**Hewlett-Packard Co. / Agilent**
MTS/Project Manager/Systems Architect
June 1973 - November 2000 (27 years 6 months)

**HP**
Engineer
1973 - 1999 (26 years)

---

## Education

**Case Western Reserve University**
BS, Electrical Engineering · (1969 - 1973)

**International School of Manila/American School, Philippines**
K-12 · (1957 - 1969)