# Exhibit 10

## Contact

www.linkedin.com/in/jimbrennan2 (LinkedIn)
www.rockhoppersoftware.com (Company)
www.wifi-devices.com (Company)

## Top Skills

Embedded Systems
DirectShow
RTOS

# Jim Brennan

Principal at Rockhopper Software
Greater Seattle Area

## Summary

Mobile software development expertise for iOS/Android

Design software for embedded prototypes in new markets.

Specialties: Internet of Things, BLE, Media Engine Platform expertise using Helix, gstreamer, OpenCore, DirectShow,

Wireless Protocol expertise  BLE, IEEE 802.11(Wi-Fi), IEEE 802.16 (WiMax), GSM, GPRS,

Embedded Systems - RTOS, State-machine design and modeling.

MicroController Expertise - ARM Cortex A & M series, XScale, ARM 7 TDMI, ARM 9, ARM 11

## Experience

**Rockhopper Software**
Principal
March 2013 - Present (8 years 7 months)
Greater Seattle Area

Provide software solutions for companies that are developing

* Multimedia solutions

* Wireless (Wi-Fi, Bluetooth LE, ZigBee) products

* Mobile Applications (Android & iOS)

* Technical Consulting for Startups

* Building embedded or device prototypes for proof of concept

Project History
* Sept. 2016 - Present - Firmware for Lyft AMP product which includes Bluetooth LE
* June 2016 - Sept 2016 - Developed Prototype Health Sensor for Neopenda using Zephyr RTOS & Bluetooth LE

* March 2014 - June 2016 - Bluetooth LE for Android & iOS with http://www.playmation.com
* March 2013 - March 2014 - Bluetooth RF Comm - http://www.nissanusa.com/connect

Sidecar.me
Sr. Mobile Engineer (iOS/Android)
March 2012 - March 2013 (1 year 1 month)

Redesigned the iOS application to support Core Data in order to scale the product.
Did performance tuning of the application for networking, Core Data, and UI.  Wrote additional views and view controllers to work with the new model.  Responsible for Core Data migration for application upgrades.

For both platforms, was responsible for adding new application features for both Android and iPhone/iOS platforms.  These features included adding VoIP codecs, XMPP, and SIP extension at the networking and controller layer.

- Languages used
Objective C, Java, C++

RealNetworks, Inc.
6 years 8 months

Director Engineering Helix Technology
2007 - February 2012 (5 years)

Manage engineering team responsible for Helix Media solutions for Android & Symbian Smartphones.

Embedded Software Consultant
July 2005 - October 2007 (2 years 4 months)

Key contributor of the SanDisk Sansa 200R series media players doing codec, media playback, and encryption/DRM.  Prior to that wrote a custom VFIR driver and application to share DRM protected music between devices.

Implicit Networks, Inc.
Senior Software Engineer
July 2004 - June 2005 (1 year)

Lead engineer responsible for writing reference Linux BSP for Intel using their PXA270 chipset.  Wrote over 9 drivers to enable and demonstrate the hardware.  Also enabled codecs for media engine.

Microsoft
Embedded Wireless Consultant
July 2003 - July 2004 (1 year 1 month)

Developed simulations and prototypes for Broadband Networking Group which led to two patents for Wi-Fi based products.

Vivato, Inc
Founder
December 2000 - May 2003 (2 years 6 months)

Was responsible for software/firmware for first generation of Wi-Fi switches. Focus was on Wi-Fi protocol with respect to smart antennas using simulation and modeling to improve product performance.  Was a key contributor to a series of patents for the company which raised over $50 million in venture capital.

Agilent Technologies
Senior Scientist/Software Engineer
1998 - 2000 (2 years)

Hewlett Packard Enterprise
Software Engineer
June 1994 - December 1998 (4 years 7 months)

InkJet Printers, Cellular Phone Testers, New Ventures, Embedded Linux Consultant

―――――

## Education

California State University-Sacramento
MS, Computer Science/Software Engineering · (1992 - 1994)

UC Santa Barbara
BA, Physics · (1985 - 1989)