# Exhibit 11

Eigen Wireless

Case 6:21-cv-00625-ADA   Document 24-10   Filed 11/24/21   Page 2 of 3



# Dynamic Communication Solutions for Complex Interference Environments

Home | Products | Executive Team | Contact | About

**Robert J. Conley - President and Co-Founder**
- Co-founder Vivato Inc, Engineer Scientist – Hewlett-Packard, Agilent
- 30 years experience in high performance radio engineering, holds 6 issued U.S. patents.
- BSEE Washington State University , MSEE University of Idaho

**Royden M. Honda – Co-Founder and Chief Technologist**
- Responsible for directing all efforts in obtaining and protecting patentable technologies.
- 40 years advanced antenna design and development, holds 12 issued U.S. patents.
- Managed antenna department at ARGO Systems.
- BSE UCLA, MSEE San Jose State, MS Applied Math Santa Clara University.

**Jon Thorpe – Owner and Director of Operations**
- Responsible for operations including manufacturing, finance and accounting.
- 30 years experience in commercial electronic product design and manufacturing.
- Design and APAC foreign service manufacturing management KeyTronic, Vivato Inc.
- BSEE, MBA University of Idaho

**Kevin Malone – Director of Business Development**
- Responsible for launching Eigen Wireless products including marketing, channel development and strategic sales.
- 20+ years experience as a serial entrepreneur and in building and energizing a company's organizational infrastructure, processes/services, and sales/marketing strategies.
- Bachelor Business Administration, Masters in Human Resource Management, Gonzaga University.

Eigen Wireless is dedicated to improving mission critical communicaton systems through the integration of



# Dynamic Communication Solutions for Complex Interference Environments

Home | Products | Executive Team | Contact | About

Eigen Wireless: Washington State small business.

Eigen Wireless designs high performance antenna systems to greatly improve the performance of military, smart grid and public safety wireless networks. Just as polarized sun glasses reduce glare, these antenna systems utilize polarization to reduce the "glare" of interference that would otherwise impair critical communications.

Eigen was founded and is staffed by industry veterans from Agilent Technologies, Hewlett-Packard, ARGOSystems, Alcatel, General Dynamics and others. Several key radio technologies, products and measurements, familiar to all RF engineers, were invented and developed by members of Eigen's staff.

Eigen Wireless is dedicated to improving mission critical communicaton systems through the integration of

Copyright © 2015-2020 Eigen Wireless · All Rights Reserved