# Exhibit 12

## Contact

www.linkedin.com/in/edcasas (LinkedIn)
www.ece.ubc.ca/~edc/ (Other)
www.cce.com/ (Personal)

# Ed Casas

Engineer
Duncan

## Experience

BCIT
Instructor
January 2013 - Present (8 years 9 months)
Burnaby, BC

Intel
Chief Engineer, Wireless Standards & Technology
October 2006 - March 2009 (2 years 6 months)

- feasibility studies, technology evaluation and participation in standardization activities for 60 GHz wireless products

- evaluation of technologies for in-house wireless video distribution

- improvements to the WiMax radiated performance testing specification

- assistance with &quot;due diligence&quot; evaluation of investment opportunities in wireless-related companies

Vivato
Principal System Architect
2003 - 2004 (1 year)

University of British Columbia
Assistant Professor
2000 - 2002 (2 years)

―――

## Education

The University of British Columbia
PhD, Electrical Engineering · (1984 - 1989)

McMaster University
M.Eng., Electrical Engineering · (1981 - 1983)

University of Ottawa
B.A.Sc., Electrical Engineering · (1977 - 1981)