# Exhibit 14

## Contact

www.linkedin.com/in/
marcuskdasilva (LinkedIn)

## Top Skills

Signal Processing
Project Management
Metrology

## Languages

Spanish (Limited Working)
French (Elementary)
English (Native or Bilingual)
Portuguese (Native or Bilingual)

## Patents

Phase Based Vector Modulator
Broadband coupler for measurement of antenna signals
Filter equalization using magnitude measurement data
Time Domain Triggering in a test and measurement instrument
Modulation Domain Trigger

# Marcus Da Silva

Distinguished Engineer at National Instruments
Austin, Texas Metropolitan Area

## Summary

Experienced Manager,  Technical leader, Design Engineer, Innovator

Specialties: Business Management, Business Development, Project Management, RF/Microwave, Signal Processing, Metrology,

---

## Experience

**National Instruments**
Distinguished Engineer
April 2018 - Present (3 years 6 months)
Austin TX

**Self-Employed**
On Sabbatical
January 2018 - April 2018 (4 months)
Taking some time off before pursuing new professional adventures.

**Tektronix**
Engineering Director
April 2015 - January 2018 (2 years 10 months)

**Kaelus**
CTO
2014 - 2015 (1 year)

**Tektronix**
10 years 8 months

Fellow
2012 - August 2014 (2 years)

Engineering Manager
May 2008 - March 2012 (3 years 11 months)

Manage a RF, Microwave and High Speed data acquisiition development team working on Real Time Spectrum Analyzers

Manager of Strategy and Advanced technology
January 2004 - May 2008 (4 years 5 months)

This position is a combination of Technical Leader and Strategic Planner. I lead technical development groups and perform technical consulting and troubleshooting in the RF/Microwave and Signal processing  areas.  I am also the future product and technology strategy for RF test equipment.

Principal Engineer
January 2004 - June 2006 (2 years 6 months)

Technical leader developing Real Time Spectrum Analyzers.  Responsible for system design of the RSA6106A and RSA6114A,  novel real time spectrum analyzers.

Vivato
VP Engineering
May 2001 - December 2003 (2 years 8 months)

VP of Engineering for Vovato, a wireless startup.  The job rnaged from raising capital to managing an engineering organization.

Agilent
R&D Section Manager (Director)
March 2000 - April 2001 (1 year 2 months)

Managed the Spokane R&amp;D and marketing teams for the  Agilent group focusing on Wreless Service Providers.   Spokane site manager for the WSP group

Hewlett Packard
R&D project manager, R&D Engineer
1978 - 2000 (22 years)

HP / Agilent Technologies
R&D Project Manager, Solution Principal
1978 - 2000 (22 years)

———

# Education

Missouri University of Science and Technology

MSEE -1981, Microwaves, Communications · (1980 - 1981)

### Missouri University of Science and Technology
BSEE, Controls, Electromagnetics · (1974 - 1978)