# Exhibit 16

Case 6:21-cv-00625-ADA   Document 24-15   Filed 11/24/21   Page 2 of 4

**PATTERSON + SHERIDAN LLP**



# Nick Transier
Partner

San Diego, CA
(619) 340-0370
ntransier@pattersonsheridan.com

## Holistic IP strategy from a systems engineer perspective

Nick Transier is an accomplished patent attorney with nearly a decade of experience in both prosecution and litigation. He currently focuses on building international patent portfolios for clients, especially in the areas of data science, including artificial intelligence and machine learning, software, telecommunications, automotive technologies, and consumer electronics. He has also defended mechanical and electrical innovations including consumer electronic devices, computer software systems, display technologies, and medical devices.

Before practicing law, Nick was a systems engineer for Raytheon and Lockheed Martin, where he worked on several classified projects for military defense technologies. As a systems engineer, he's trained to oversee various disciplines and coordinate different processes from a high-level perspective. This skill translates in Nick's IP practice: He knows how to drill down on details while maintaining a comprehensive understanding of the big picture.

## From the Patent Office to the garage: innovation driven by hands-on experience

When he's not in the office, you can often find Nick under the hood or behind the wheel. He's a race car hobbyist who participates in high-performance and time-trial driving events, and that passion fuels the growth of Nick's automotive IP practice. Automotive clients appreciate his deep understanding of their products — he doesn't just know about them, he cares about them. He can offer legal counsel from a user's perspective.

Inventors and fellow engineers are comfortable around Nick, because he understands their point of view and



*View Nick's attorney profile on Super Lawyers.*

Case 6:21-cv-00625-ADA   Document 24-15   Filed 11/24/21   Page 3 of 4

speaks their language. He's a self-professed "incurable tinkerer," and if he's not in the garage with a wrench, he's taking something else apart and designing it to work better. Nick brings that curiosity and creative approach to each client's invention.

## Developing trust and putting the client first

Nick doesn't just build race cars, he builds relationships. His philosophy? Don't settle for a discrete win, focus on a long-term strategy for success.

For example, when a recent client's business plans bumped up against a troublesome patent, Nick worked with the client and patent owner to broker an exclusive license for the client rather than undertaking a costly invalidity study or non-infringement study. This strategy provided certainty for the client at a greatly reduced cost, and allowed the client to allocate the saved cost to research other inventive concepts.

In addition to racing, Nick enjoys spending his free time cycling, watching Formula One races and playing in beer league sports teams. He and his wife, Carly, live in San Diego.

## Practice Areas

- Clean Technologies
- Communications Technologies
- Complex Software + IT
- Consumer Products
- Electronics + Semiconductor Technologies
- Financial Technology + Business Methods
- Industrial Products
- Internet
- Medical Devices + Procedures
- Oil + Gas Services
- Patent Preparation + Prosecution
- Litigation + Dispute Resolution

## Education

- J.D., The University of Texas School of Law, 2009
- M.S., Systems Engineering, University of Virginia, 2003
- B.S., Systems Engineering, University of Virginia, 2002

## Bar Admissions

- State Bar of California
- United States Patent and Trademark Office

## Special Honors

- Rising Stars, Super Lawyers, 2016-2019
- Leading Patent Professional, IAM Patent 1000, 2016-2019

© 2021 Patterson + Sheridan. All Rights Reserved. Attorney Advertising. Website by Great Jakes

Careers | News | Publications | Privacy Policy | Terms of Use | Contact Us

Follow Us: