# Exhibit 17

## Contact

www.linkedin.com/in/kenbiba
(LinkedIn)
www.novarum.com (Company)

## Top Skills

WiFi

Wireless

Start-ups

## Patents

Multiple channel data communication
system

# Ken Biba

Founder and Chief Technical Officer

San Francisco

## Experience

**Novarum, Inc.**
Managing Director
May 2006 - Present (15 years 5 months)

**Open Space Networks**
CEO and Co-Founder
2016 - 2017 (1 year)

**AeroPac, Inc.**
10 years

Member of Board of Directors
2005 - 2015 (10 years)

Member of Board of Directors
2005 - 2015 (10 years)

**Case Western Reserve University**
Member, Visiting Committee - College of Arts and Sciences
2012 - 2012 (less than a year)

**Vivato**
CEO and Chairman of the Board of Directors
December 2000 - November 2003 (3 years)

**Value Group**
Managing DIrector
January 1996 - June 2001 (5 years 6 months)

**Xircom**
Executive Vice President and Member of the Board of Directors
April 1992 - October 1997 (5 years 7 months)

**Agilis, Inc.**
President and Member of the Board of Directors

February 1988 - June 1992 (4 years 5 months)

Sytek, Inc.
Executive Vice President and Member of the Board of Directors
July 1979 - June 1986 (7 years)

Ford Aerospace
Group Leader
June 1977 - June 1979 (2 years 1 month)

ITT Defence Communications
Chief Architect
October 1976 - May 1977 (8 months)

Mitre Corporation
Member of the Technical Staff
September 1974 - September 1976 (2 years 1 month)

———

# Education

Case Western Reserve University
M.S., Computer Science · (1972 - 1974)

Case Western Reserve University
B.S., Physics and Operation Research · (1968 - 1972)