# Exhibit 23



### Business Name Search

| New Search | Printer Friendly | Business Entity Data | | | | 08-27-2021 08:10 |
|---|---|---|---|---|---|---|
| **Registry Nbr** | **Entity Type** | **Entity Status** | **Jurisdiction** | **Registry Date** | **Next Renewal Date** | **Renewal Due?** |
| 361479-99 | DLLC | INA | OREGON | 05-22-2006 | | |
| **Entity Name** | WESTERN PROPERTY HOLDINGS, LLC | | | | | |
| **Foreign Name** | | | | | | |

| New Search | Printer Friendly | Associated Names | | | | |
|---|---|---|---|---|---|---|
| **Type** | PPB | PRINCIPAL PLACE OF BUSINESS | | | | |
| **Addr 1** | 11125 SW TANAGER TER | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | BEAVERTON | OR | 97007 | | **Country** | UNITED STATES OF AMERICA |

Please click here for general information about registered agents and service of process.

| **Type** | AGT | REGISTERED AGENT | | **Start Date** | 05-30-2015 | **Resign Date** | |
|---|---|---|---|---|---|---|---|
| **Name** | KIM | T | BUCKLEY ESQ | | | | |
| **Addr 1** | 121 SW MORRISON STREET STE 700 | | | | | | |
| **Addr 2** | | | | | | | |
| **CSZ** | PORTLAND | OR | 97204 | | **Country** | UNITED STATES OF AMERICA | |

| **Type** | MAL | MAILING ADDRESS | | | | |
|---|---|---|---|---|---|---|
| **Addr 1** | 121 SW MORRISON STREET STE 700 | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | PORTLAND | OR | 97204 | | **Country** | UNITED STATES OF AMERICA |

| Type | MEM | MEMBER | | | | | Resign Date | |
|---|---|---|---|---|---|---|---|---|
| Name | CHRIS | | S | THOMAS | | | | |
| Addr 1 | 221 NAVIGATOR DR | | | | | | | |
| Addr 2 | | | | | | | | |
| CSZ | SCOTTS VALLEY | | CA | 95066 | | Country | UNITED STATES OF AMERICA | |

| Type | MEM | MEMBER | | | | | Resign Date | |
|---|---|---|---|---|---|---|---|---|
| Name | EVELYN | | M | PORTER | | | | |
| Addr 1 | 40049 BLUE BIRD LN | | | | | | | |
| Addr 2 | | | | | | | | |
| CSZ | PALMDALE | | CA | 93551 | | Country | UNITED STATES OF AMERICA | |

| Type | MEM | MEMBER | | | | | Resign Date | |
|---|---|---|---|---|---|---|---|---|
| Name | GARY | | S | HAYCOX | | | | |
| Addr 1 | 11125 SW TANAGER TER | | | | | | | |
| Addr 2 | | | | | | | | |
| CSZ | BEAVERTON | | OR | 97007 | | Country | UNITED STATES OF AMERICA | |

| Type | MEM | MEMBER | | | | | Resign Date | |
|---|---|---|---|---|---|---|---|---|
| Name | MICHAEL | | J | HAYCOX | | | | |
| Addr 1 | 40049 BLUE BIRD LN | | | | | | | |
| Addr 2 | | | | | | | | |
| CSZ | PALMDALE | | CA | 93551 | | Country | UNITED STATES OF AMERICA | |

| Type | MGR | MANAGER | | | | | Resign Date | |
|---|---|---|---|---|---|---|---|---|
| Name | GARY | | S | HAYCOX | | | | |
| Addr 1 | 11125 SW TANAGER TER | | | | | | | |
| Addr 2 | | | | | | | | |
| CSZ | BEAVERTON | | OR | 97007 | | Country | UNITED STATES OF AMERICA | |

**New Search**     **Printer Friendly**                          # Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| WESTERN PROPERTY HOLDINGS, LLC | EN | CUR | 05-22-2006 | |

Please read before ordering Copies.

## Summary History

New Search          Printer Friendly

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| | ADMINISTRATIVE DISSOLUTION | 07-20-2017 | | SYS | | |
| 📄 | AMENDED ANNUAL REPORT | 05-24-2016 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 05-30-2015 | | FI | Agent | |
| 📄 | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 07-29-2014 | | FI | Agent | |
| 📄 | AMENDED ANNUAL REPORT | 06-27-2014 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 06-26-2013 | | FI | | |
| 📄 | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 02-15-2013 | | FI | | |
| 📄 | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 02-05-2013 | | FI | | |
| 📄 | REINSTATEMENT AMENDED | 11-26-2012 | | FI | Agent | |
| 📄 | AGENT RESIGNATION | 04-26-2011 | | FI | Agent | |
| | ADMINISTRATIVE DISSOLUTION | 07-24-2009 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 07-08-2008 | 07-07-2008 | SYS | | |
| | REINSTATEMENT AMENDED | 12-03-2007 | | FI | | |
| | ADMINISTRATIVE DISSOLUTION | 07-20-2007 | | SYS | | |
| | CHANGE OF REGISTERED AGENT/ADDRESS | 06-22-2007 | | FI | | |
| | ARTICLES OF ORGANIZATION | 05-22-2006 | | FI | Agent | |

About Us | Announcements | Laws & Rules | Feedback
Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@state.or.us

© 2021  Oregon Secretary of State.  All Rights Reserved.