# Exhibit 24

# Ron Chaffee

Vice President Applications at Optimal+
San Diego

## Contact

www.linkedin.com/in/rochaffee (LinkedIn)
www.uvsciences.com (Company)

## Top Skills

Semiconductors
Embedded Systems
Mixed Signal

## Patents

Directed MIMO Communications
Excimer Light Source

## Experience

**Optimal+**
4 years 11 months

Vice President Applications
February 2019 - Present (2 years 8 months)
San Diego

Worldwide Customer Applications Support

Director Pre Sales US
November 2016 - February 2019 (2 years 4 months)

**Syntricity**
VP Sales
February 2014 - November 2016 (2 years 10 months)

**Vivato Technologies**
CEO
March 2011 - February 2014 (3 years)

**UV Sciences**
CEO
March 2009 - March 2011 (2 years 1 month)

**Pulselink**
VP Engineering
July 2008 - February 2009 (8 months)

**Symwave**
1 year 5 months

COO
March 2008 - July 2008 (5 months)

CEO
March 2007 - March 2008 (1 year 1 month)

Page 1 of 2

Conexant Systems
VP Engineering
1997 - 2006 (9 years)

Rockwell
Engineering Director
1997 - 1999 (2 years)

Brooktree
Manager Product Engineering
1987 - 1997 (10 years)

Unisys Corp.
Product Engineer
September 1983 - January 1987 (3 years 5 months)

---

## Education

The Ohio State University
BS, Electrical Engineering · (1978 - 1983)