# Exhibit 25





| | | | |
|---|---|---|---|
| 6:15 AM ⟶ 1:12 PM | | $224 | ⌄ |
| SFO           ACT | | | |
| 1 stop in DFW · 4 hr 57 min · American · Operated by Envoy Air as American Eagle | | | |

| | | | |
|---|---|---|---|
| 3:30 PM ⟶ 11:15 PM | | $224 | ⌄ |
| SFO           ACT | | | |
| 1 stop in DFW · 5 hr 45 min · American · Operated by Envoy Air as American Eagle | | | |

| | | | |
|---|---|---|---|
| 5:25 AM ⟶ 1:12 PM | | $224 | ⌄ |
| SFO           ACT | | | |
| 1 stop in DFW · 5 hr 47 min · American · Operated by Envoy Air as American Eagle | | | |

| | | | |
|---|---|---|---|
| 11:25 AM ⟶ 7:21 PM | | $224 | ⌄ |
| SFO           ACT | | | |
| 1 stop in DFW · 5 hr 56 min · American · Operated by Envoy Air as American Eagle | | | |

| | | | |
|---|---|---|---|
| 12:55 AM ⟶ 9:32 AM | | $224 | ⌄ |
| SFO           ACT | | | |
| 1 stop in DFW · 6 hr 37 min · American · Operated by Envoy Air as American Eagle | | | |

| | | | |
|---|---|---|---|
| 2:30 PM ⟶ 11:15 PM | | $224 | ⌄ |
| SFO           ACT | | | |
| 1 stop in DFW · 6 hr 45 min · American · Operated by Envoy Air as American Eagle | | | |

| | | | |
|---|---|---|---|
| 10:30 AM ⟶ 7:21 PM | | $224 | ⌄ |
| SFO           ACT | | | |
| 1 stop in DFW · 6 hr 51 min · American · Operated by Envoy Air as American Eagle | | | |

| | | | |
|---|---|---|---|
| 6:15 AM ⟶ 3:13 PM | | $224 | ⌄ |
| SFO           ACT | | | |
| 1 stop in DFW · 6 hr 58 min · American · Operated by Envoy Air as American Eagle | | | |

| | | | |
|---|---|---|---|
| 8:20 AM ⟶ 5:26 PM | | $224 | ⌄ |
| SFO           ACT | | | |
| 1 stop in DFW · 7 hr 6 min · American · Operated by Envoy Air as American Eagle | | | |

| | | | |
|---|---|---|---|
| 5:25 AM ⟶ 3:13 PM | | $224 | ⌄ |
| SFO           ACT | | | |
| 1 stop in DFW · 7 hr 48 min · American · Operated by Envoy Air as American Eagle | | | |



| | | | |
|---|---|---|---|
| 12:25 PM ⟶ 11:15 PM<br>SFO          ACT<br>1 stop in DFW · 8 hr 50 min · American · Operated by Envoy Air as American Eagle | | $229 | ⌄ |
| 8:20 AM ⟶ 7:21 PM<br>SFO          ACT<br>1 stop in DFW · 9 hr 1 min · American · Operated by Envoy Air as American Eagle | | $229 | ⌄ |
| 6:15 AM ⟶ 5:26 PM<br>SFO          ACT<br>1 stop in DFW · 9 hr 11 min · American · Operated by Envoy Air as American Eagle | | $229 | ⌄ |
| 11:25 AM ⟶ 11:15 PM<br>SFO          ACT<br>1 stop in DFW · 9 hr 50 min · American · Operated by Envoy Air as American Eagle | | $229 | ⌄ |
| 5:25 AM ⟶ 5:26 PM<br>SFO          ACT<br>1 stop in DFW · 10 hr 1 min · American · Operated by Envoy Air as American Eagle | | $229 | ⌄ |
| 12:55 AM ⟶ 1:12 PM<br>SFO          ACT<br>1 stop in DFW · 10 hr 17 min · American · Operated by Envoy Air as American Eagle | | $229 | ⌄ |
| 10:30 AM ⟶ 11:15 PM<br>SFO          ACT<br>1 stop in DFW · 10 hr 45 min · American · Operated by Envoy Air as American Eagle | | $229 | ⌄ |
| 6:15 AM ⟶ 7:21 PM<br>SFO          ACT<br>1 stop in DFW · 11 hr 6 min · American · Operated by Envoy Air as American Eagle | | $229 | ⌄ |
| 5:25 AM ⟶ 7:21 PM<br>SFO          ACT<br>1 stop in DFW · 11 hr 56 min · American · Operated by Envoy Air as American Eagle | | $229 | ⌄ |
| 12:55 AM ⟶ 3:13 PM<br>SFO          ACT<br>1 stop in DFW · 12 hr 18 min · American · Operated by Envoy Air as American Eagle | | $229 | ⌄ |



| | 8:20 AM ⟶ 11:15 PM | | $229 | ⌄ |
|---|---|---|---|---|
| | SFO              ACT | | | |
| | 1 stop in DFW · 12 hr 55 min · American · Operated by Envoy Air as American Eagle | | | |

| | 5:35 PM ⟶ 9:32 AM⁺¹ | | $229 | ⌄ |
|---|---|---|---|---|
| | SFO              ACT | | | |
| | 1 stop in DFW ⚠ · 13 hr 57 min · American · Operated by Envoy Air as American Ea… | | | |

○ 12:55 AM                                          **Select flight**    $229  ⌃
   San Francisco International Airport (SFO)

   Travel time: 3 hr 25 min · Overnight ⚠

○ 6:20 AM
   Dallas/Fort Worth International Airport (DFW)

American AA 2598 · Economy · Boeing 737

🛋 Average legroom (30 in)
📶 Wi-Fi
🔌 In-seat power & USB outlets
📲 Stream media to your device
🌫 Carbon emissions estimate: 264 kg ⓘ

10 hr 25 min layover · Dallas (DFW)

○ 4:45 PM
   Dallas/Fort Worth International Airport (DFW)

   Travel time: 41 min

○ 5:26 PM
   Waco Regional Airport (ACT)

American AA 4327 · Economy · Embraer ERJ-145
Plane and crew by Envoy Air as American Eagle

🛋 Average legroom (31 in)
🌫 Carbon emissions estimate: 66 kg ⓘ

| | 6:15 AM ⟶ 11:15 PM | | $229 | ⌄ |
|---|---|---|---|---|
| | SFO              ACT | | | |
| | 1 stop in DFW · 15 hr · American · Operated by Envoy Air as American Eagle | | | |

| | 4:20 PM ⟶ 9:32 AM⁺¹ | | $229 | ⌄ |
|---|---|---|---|---|
| | SFO              ACT | | | |
| | 1 stop in DFW ⚠ · 15 hr 12 min · American · Operated by Envoy Air as American Ea… | | | |



| | | | |
|---|---|---|---|
| 5:25 AM ⟶ 11:15 PM SFO · ACT | 1 stop in DFW · 15 hr 50 min · American · Operated by Envoy Air as American Eagle | $229 | ⌄ |
| 3:30 PM ⟶ 9:32 AM+1 SFO · ACT | 1 stop in DFW ⚠ · 16 hr 2 min · American · Operated by Envoy Air as American Eagle | $229 | ⌄ |
| 12:55 AM ⟶ 7:21 PM SFO · ACT | 1 stop in DFW · 16 hr 26 min · American · Operated by Envoy Air as American Eagle | $229 | ⌄ |
| 2:30 PM ⟶ 9:32 AM+1 SFO · ACT | 1 stop in DFW ⚠ · 17 hr 2 min · American · Operated by Envoy Air as American Eagle | $229 | ⌄ |
| 5:35 PM ⟶ 1:12 PM+1 SFO · ACT | 1 stop in DFW ⚠ · 17 hr 37 min · American · Operated by Envoy Air as American Ea… | $229 | ⌄ |
| 4:20 PM ⟶ 1:12 PM+1 SFO · ACT | 1 stop in DFW ⚠ · 18 hr 52 min · American · Operated by Envoy Air as American Ea… | $229 | ⌄ |
| 12:25 PM ⟶ 9:32 AM+1 SFO · ACT | 1 stop in DFW ⚠ · 19 hr 7 min · American · Operated by Envoy Air as American Eagle | $229 | ⌄ |
| 5:35 PM ⟶ 3:13 PM+1 SFO · ACT | 1 stop in DFW ⚠ · 19 hr 38 min · American · Operated by Envoy Air as American Ea… | $249 | ⌄ |
| 3:30 PM ⟶ 1:12 PM+1 SFO · ACT | 1 stop in DFW ⚠ · 19 hr 42 min · American · Operated by Envoy Air as American Ea… | $229 | ⌄ |
| 11:25 AM ⟶ 9:32 AM+1 SFO · ACT | 1 stop in DFW ⚠ · 20 hr 7 min · American · Operated by Envoy Air as American Eagle | $229 | ⌄ |

San Francisco to Waco | Google Flights



| | | | |
|---|---|---|---|
| 12:55 AM ⟶ 11:15 PM | | $229 | ⌄ |
| SFO                  ACT | | | |
| 1 stop in DFW  ·  20 hr 20 min  ·  American · Operated by Envoy Air as American Eagle | | | |
| 2:30 PM ⟶ 1:12 PM⁺¹ | | $229 | ⌄ |
| SFO                  ACT | | | |
| 1 stop in DFW ⚠  ·  20 hr 42 min  ·  American · Operated by Envoy Air as American Ea… | | | |
| 4:20 PM ⟶ 3:13 PM⁺¹ | | $249 | ⌄ |
| SFO                  ACT | | | |
| 1 stop in DFW ⚠  ·  20 hr 53 min  ·  American · Operated by Envoy Air as American Ea… | | | |
| 10:30 AM ⟶ 9:32 AM⁺¹ | | $229 | ⌄ |
| SFO                  ACT | | | |
| 1 stop in DFW ⚠  ·  21 hr 2 min  ·  American · Operated by Envoy Air as American Eagle | | | |
| 3:30 PM ⟶ 3:13 PM⁺¹ | | $249 | ⌄ |
| SFO                  ACT | | | |
| 1 stop in DFW ⚠  ·  21 hr 43 min  ·  American · Operated by Envoy Air as American Ea… | | | |
| 5:35 PM ⟶ 5:26 PM⁺¹ | | $229 | ⌄ |
| SFO                  ACT | | | |
| 1 stop in DFW ⚠  ·  21 hr 51 min  ·  American · Operated by Envoy Air as American Ea… | | | |
| 2:30 PM ⟶ 3:13 PM⁺¹ | | $350 | ⌄ |
| SFO                  ACT | | | |
| 1 stop in DFW ⚠  ·  22 hr 43 min  ·  American · Operated by Envoy Air as American Ea… | | | |
| 12:25 PM ⟶ 1:12 PM⁺¹ | | $350 | ⌄ |
| SFO                  ACT | | | |
| 1 stop in DFW ⚠  ·  22 hr 47 min  ·  American · Operated by Envoy Air as American Ea… | | | |
| 4:20 PM ⟶ 5:26 PM⁺¹ | | $350 | ⌄ |
| SFO                  ACT | | | |
| 1 stop in DFW ⚠  ·  23 hr 6 min  ·  American · Operated by Envoy Air as American Eagle | | | |
| 8:20 AM ⟶ 9:32 AM⁺¹ | | $350 | ⌄ |
| SFO                  ACT | | | |
| 1 stop in DFW ⚠  ·  23 hr 12 min  ·  American · Operated by Envoy Air as American Ea… | | | |

