# Exhibit 26

# Exhibit 26



| | Departure | Arrival | | Price | |
|---|---|---|---|---|---|
| United | 12:59 PM SEA | 3:08 PM SFO | Nonstop · 2 hr 9 min · United | $69 · 157 kg $CO_2$ Avg emissions | |
| United | 6:40 PM SEA | 8:49 PM SFO | Nonstop · 2 hr 9 min · United | $69 · 157 kg $CO_2$ Avg emissions | |
| United | 7:33 PM SEA | 9:42 PM SFO | Nonstop · 2 hr 9 min · United | $69 · 157 kg $CO_2$ Avg emissions | |
| Delta | 7:59 PM SEA | 10:13 PM SFO | Nonstop · 2 hr 14 min · Delta | $179 | |
| United | 7:23 AM SEA | 9:39 AM SFO | Nonstop · 2 hr 16 min · United | $69 · 157 kg $CO_2$ Avg emissions | |
| Alaska | 6:30 AM SEA | 8:48 AM SFO | Nonstop · 2 hr 18 min · Alaska | $69 · 141 kg $CO_2$ -7% emissions | |
| Alaska | 7:30 AM SEA | 9:48 AM SFO | Nonstop · 2 hr 18 min · Alaska · American | $69 · 153 kg $CO_2$ Avg emissions | |
| Alaska | 8:30 AM SEA | 10:48 AM SFO | Nonstop · 2 hr 18 min · Alaska | $69 · 136 kg $CO_2$ -10% emissions | |
| Alaska | 10:30 AM SEA | 12:48 PM SFO | Nonstop · 2 hr 18 min · Alaska | $69 · 141 kg $CO_2$ -7% emissions | |
| Alaska | 11:30 AM SEA | 1:48 PM SFO | Nonstop · 2 hr 18 min · Alaska | $69 · 141 kg $CO_2$ -7% emissions | |

| | | | |
|---|---|---|---|
| 11:45 AM → 2:03 PM | | $69 | |
| SEA  SFO | | | |
| Nonstop · 2 hr 18 min · United | | 157 kg CO$_2$  Avg emissions | |
| 12:30 PM → 2:48 PM | | $69 | |
| SEA  SFO | | | |
| Nonstop · 2 hr 18 min · Alaska | | 141 kg CO$_2$  -7% emissions | |
| 1:20 PM → 3:38 PM | | $69 | |
| SEA  SFO | | | |
| Nonstop · 2 hr 18 min · Delta | | 155 kg CO$_2$  Avg emissions | |
| 1:30 PM → 3:48 PM | | $69 | |
| SEA  SFO | | | |
| Nonstop · 2 hr 18 min · Alaska | | 141 kg CO$_2$  -7% emissions | |
| 3:30 PM → 5:48 PM | | $69 | |
| SEA  SFO | | | |
| Nonstop · 2 hr 18 min · Alaska | | 141 kg CO$_2$  -7% emissions | |
| 4:30 PM → 6:48 PM | | $69 | |
| SEA  SFO | | | |
| Nonstop · 2 hr 18 min · Alaska · American | | 141 kg CO$_2$  -7% emissions | |
| 5:30 PM → 7:48 PM | | $69 | |
| SEA  SFO | | | |
| Nonstop · 2 hr 18 min · Alaska · American | | 136 kg CO$_2$  -10% emissions | |
| 6:30 PM → 8:48 PM | | $69 | |
| SEA  SFO | | | |
| Nonstop · 2 hr 18 min · Alaska | | 141 kg CO$_2$  -7% emissions | |
| 8:30 PM → 10:48 PM | | $69 | |
| SEA  SFO | | | |
| Nonstop · 2 hr 18 min · Alaska | | 141 kg CO$_2$  -7% emissions | |
| 9:30 PM → 11:48 PM | | $69 | |
| SEA  SFO | | | |
| Nonstop · 2 hr 18 min · Alaska | | 141 kg CO$_2$  -7% emissions | |

