# Exhibit 27

Case 6:21-cv-00625-ADA   Document 24-23   Filed 11/24/21   Page 2 of 3



https://www.google.com/travel/flights/search?tfs=CBwQAhoeagcIARI...

Case 6:21-cv-00625-ADA   Document 24-23   Filed 11/24/21   Page 3 of 3



| | 7:20 AM → 3:13 PM<br>SEA       ACT<br>1 stop · 5 hr 53 min · Alaska, American · Operated by Envoy Air as American Eagle | $204 ⌄<br>380 kg CO$_2$<br>Avg emissions ⓘ |
|---|---|---|
| | 6:50 AM → 3:13 PM<br>SEA       ACT<br>1 stop · 6 hr 23 min · American · Operated by Envoy Air as American Eagle | $224 ⌄<br>382 kg CO$_2$<br>Avg emissions ⓘ |
| | 12:05 AM → 9:32 AM<br>SEA       ACT<br>1 stop · 7 hr 27 min · American · Operated by Envoy Air as American Eagle | $224 ⌄<br>382 kg CO$_2$<br>Avg emissions ⓘ |
| | 11:35 PM → 9:32 AM[+1]<br>SEA       ACT<br>1 stop · 7 hr 57 min · Alaska, American · Operated by Envoy Air as American Eagle | $204 ⌄<br>335 kg CO$_2$<br>-14% emissions ⓘ |

⌄ 112 more flights

## Hotels in Waco ⓘ

Nightly prices for 1 guest Jun 29–Jul 1                     Search for hotels ⧉

| Tru by Hilton Waco South | Aloft Waco Baylor | Hilt... |
|---|---|---|
| $84 — 4.2 ★★★★☆ (100) | $159 — 4.5 ★★★★⯪ (92) | $181 — 4.3 ★ |

⊚ Language · English (United States)     ⊙ Location · United States     ▭ Currency · USD

About     Privacy     Terms     Join user studies     Feedback     Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more