# Exhibit 28



| Airline | Depart | Arrive | Route | Duration | Carrier | Price | Emissions |
|---|---|---|---|---|---|---|---|
| American | 6:30 AM | 7:50 AM | LAX → SFO | Nonstop · 1 hr 20 min | American | $40 | 107 kg $CO_2$ Avg emissions |
| American | 11:30 AM | 12:51 PM | LAX → SFO | Nonstop · 1 hr 21 min | American | $89 | 107 kg $CO_2$ Avg emissions |
| Delta | 10:15 PM | 11:37 PM | LAX → SFO | Nonstop · 1 hr 22 min | Delta | $139 | |
| American | 8:30 AM | 9:53 AM | LAX → SFO | Nonstop · 1 hr 23 min | American | $114 | 107 kg $CO_2$ Avg emissions |
| Delta | 3:00 PM | 4:24 PM | LAX → SFO | Nonstop · 1 hr 24 min | Delta | $64 | |
| JetBlue | 8:30 AM | 9:55 AM | LAX → SFO | Nonstop · 1 hr 25 min | JetBlue | $184 | 92 kg $CO_2$ -13% emissions |
| JetBlue | 3:10 PM | 4:35 PM | LAX → SFO | Nonstop · 1 hr 25 min | JetBlue | $184 | 92 kg $CO_2$ -13% emissions |
| Delta | 6:25 AM | 7:51 AM | LAX → SFO | Nonstop · 1 hr 26 min | Delta | $64 | |
| United | 10:45 PM | 12:11 AM+1 | LAX → SFO | Nonstop · 1 hr 26 min | United | $73 | 107 kg $CO_2$ Avg emissions |
| Delta | 10:00 AM | 11:26 AM | LAX → SFO | Nonstop · 1 hr 26 min | Delta | $89 | |





| | 7:55 PM → 9:24 PM | $54 | |
|---|---|---|---|
| | LAX   SFO | | |
| | Nonstop · 1 hr 29 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | 112 kg CO$_2$ Avg emissions | |

| | 9:30 PM → 10:59 PM | $54 | |
|---|---|---|---|
| | LAX   SFO | | |
| | Nonstop · 1 hr 29 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | 112 kg CO$_2$ Avg emissions | |

| | 10:40 AM → 12:09 PM | $69 | |
|---|---|---|---|
| | LAX   SFO | | |
| | Nonstop · 1 hr 29 min · Alaska · Operated by Horizon Air as AlaskaHorizon | 112 kg CO$_2$ Avg emissions | |

| | 1:00 PM → 2:29 PM | $89 | |
|---|---|---|---|
| | LAX   SFO | | |
| | Nonstop · 1 hr 29 min · Delta | | |

| | 6:00 AM → 7:30 AM | $59 | |
|---|---|---|---|
| | LAX   SFO | | |
| | Nonstop · 1 hr 30 min · United | 107 kg CO$_2$ Avg emissions | |

| | 6:30 PM → 8:00 PM | $99 | |
|---|---|---|---|
| | LAX   SFO | | |
| | Nonstop · 1 hr 30 min · United | 107 kg CO$_2$ Avg emissions | |

| | 7:45 PM → 9:15 PM | $124 | |
|---|---|---|---|
| | LAX   SFO | | |
| | Nonstop · 1 hr 30 min · United | 107 kg CO$_2$ Avg emissions | |

| | 4:10 PM → 5:40 PM | $167 | |
|---|---|---|---|
| | LAX   SFO | | |
| | Nonstop · 1 hr 30 min · United | 107 kg CO$_2$ Avg emissions | |

| | 12:50 PM → 2:21 PM | $58 | |
|---|---|---|---|
| | LAX   SFO | | |
| | Nonstop · 1 hr 31 min · United | 107 kg CO$_2$ Avg emissions | |

| | 2:00 PM → 3:31 PM | $99 | |
|---|---|---|---|
| | LAX   SFO | | |
| | Nonstop · 1 hr 31 min · United | 107 kg CO$_2$ Avg emissions | |

