# Exhibit 29





