# Exhibit 30







| | | |
|---|---|---|
| 4:30 PM → 6:05 PM<br>SAN        SFO<br>Nonstop · 1 hr 35 min · Alaska · Operated by Horizon Air as AlaskaHorizon | $99<br>134 kg CO₂<br>Avg emissions | ⌄ |
| 5:25 PM → 7:00 PM<br>SAN        SFO<br>Nonstop · 1 hr 35 min · Alaska · Operated by Horizon Air as AlaskaHorizon | $99<br>134 kg CO₂<br>Avg emissions | ⌄ |
| 8:30 PM → 10:05 PM<br>SAN        SFO<br>Nonstop · 1 hr 35 min · Alaska · Operated by Horizon Air as AlaskaHorizon | $99<br>134 kg CO₂<br>Avg emissions | ⌄ |
| 7:15 PM → 8:50 PM<br>SAN        SFO<br>Nonstop · 1 hr 35 min · Alaska · Operated by Horizon Air as AlaskaHorizon | $119<br>134 kg CO₂<br>Avg emissions | ⌄ |
| 6:14 AM → 7:50 AM<br>SAN        SFO<br>Nonstop · 1 hr 36 min · United | $99<br>130 kg CO₂<br>Avg emissions | ⌄ |
| 7:15 AM → 8:56 AM<br>SAN        SFO<br>Nonstop · 1 hr 41 min · United | $99<br>116 kg CO₂<br>-14% emissions | ⌄ |
| 6:16 AM → 9:55 AM<br>SAN        SFO<br>1 stop · 3 hr 39 min · Delta · Operated by Skywest DBA Delta Connection | $164 | ⌄ |
| 3:02 PM → 8:54 PM<br>SAN        SFO<br>1 stop · 5 hr 52 min · American | $108<br>236 kg CO₂<br>+76% emissions | ⌄ |
| 2:15 PM → 7:30 AM⁺¹<br>SAN        SFO<br>1 stop · 17 hr 15 min · United · Operated by Skywest DBA United Express | $97<br>166 kg CO₂<br>+24% emissions | ⌄ |

Hotels in San Francisco

Nightly prices for 1 guest Jun 29–Jul 1                    Search for hotels ⧉

100 more flights

| HI San Francisco Downtown | Hotel Riu Plaza Fisherman´s | |
|---|---|---|
| $44 | $130 | $35 |
| 4.4 ★★★★½ (1,322) | 3.8 ★★★★ (679) | 4. |

Language · English (United States)     Location · United States     Currency · USD

About     Privacy     Terms     Join user studies     Feedback     Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more