# Exhibit 31

## Cases

856 Results    **VIEW IN BROWSER**

**Courts:** Texas Western District    **Case Filing Date:** On or After Jan. 1st, 2021

*Exported results are limited to 300. To view more data, open this search tab in a browser.*

| Case | Case Filing Date | Active Judge ▲ |
|---|---|---|
| GreatGigz Solutions, LLC v. NextCare Holdings Inc<br>6-21-cv-01207 (WDTX) | Nov. 18, 2021 | |
| Alvao Digital, LLC v. Ticketmaster LLC et al<br>6-21-cv-01208 (WDTX) | Nov. 18, 2021 | |
| Seoul Semiconductor Co. et al v. Ace Hardware Corporation<br>1-21-cv-00912 (WDTX) | Oct. 12, 2021 | |
| Commvault Systems, Inc. v. Rubrik, Inc.<br>1-21-cv-00537 (WDTX) | Jun. 18, 2021 | |
| Display Technologies, LLC v. Toyota Motor Sales, USA, Inc.<br>1-21-cv-00283 (WDTX) | Mar. 30, 2021 | |
| Shamrock Innovations, LLC v. HP Inc.<br>1-21-cv-00222 (WDTX) | Mar. 09, 2021 | |
| Cedar Lane Technologies Inc. v. Star Micronics Co., Ltd.<br>6-21-cv-01200 (WDTX) | Nov. 18, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. Riso Kagaku Corporation<br>6-21-cv-01204 (WDTX) | Nov. 18, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. Starfish Technologies Ltd<br>6-21-cv-01205 (WDTX) | Nov. 18, 2021 | Alan D. Albright |
| Ward Participations BV v. JPMorgan Chase Bank, NA<br>6-21-cv-01193 (WDTX) | Nov. 17, 2021 | Alan D. Albright |
| Ward Participations BV v. Citigroup Inc.<br>6-21-cv-01194 (WDTX) | Nov. 17, 2021 | Alan D. Albright |
| Ward Participations BV v. Wells Fargo & Company et al<br>6-21-cv-01195 (WDTX) | Nov. 17, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. Plustek, Inc.<br>6-21-cv-01198 (WDTX) | Nov. 17, 2021 | Alan D. Albright |
| DatRec, LLC v. Aerotel USA Inc. et al<br>6-21-cv-01185 (WDTX) | Nov. 16, 2021 | Alan D. Albright |
| Shoes by Firebug LLC v. DSW Inc. et al<br>6-21-cv-01186 (WDTX) | Nov. 16, 2021 | Alan D. Albright |
| ALSI Holdings, LLC v. Current Lighting Solutions, LLC d/b/a GE Current<br>6-21-cv-01187 (WDTX) | Nov. 16, 2021 | Alan D. Albright |
| BE Labs, Inc. v. Verizon Communications Inc.<br>6-21-cv-01188 (WDTX) | Nov. 16, 2021 | Alan D. Albright |
| BE Labs, Inc. v. Zyxel Communications Corporation<br>6-21-cv-01189 (WDTX) | Nov. 16, 2021 | Alan D. Albright |
| Ward Participations BV v. American Express Company<br>6-21-cv-01190 (WDTX) | Nov. 16, 2021 | Alan D. Albright |
| Ward Participations BV v. Bank of America Corporation<br>6-21-cv-01191 (WDTX) | Nov. 16, 2021 | Alan D. Albright |
| Decapolis Systems, LLC v. Sports Medicine Associates of San Antonio<br>6-21-cv-01192 (WDTX) | Nov. 16, 2021 | Alan D. Albright |
| Pineapple34, LLC v. HP Inc.<br>6-21-cv-01180 (WDTX) | Nov. 15, 2021 | Alan D. Albright |
| BE Labs, Inc. v. Samsung Electronics Co., Ltd.<br>6-21-cv-01183 (WDTX) | Nov. 15, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. Western Digital Technologies, Inc<br>6-21-cv-01168 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| Maxell, Ltd. v. Lenovo Group Ltd. et al<br>6-21-cv-01169 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| Pineapple34, LLC v. ASUSTeK Computer Inc.<br>6-21-cv-01170 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| Pineapple34, LLC v. Honeywell International, Inc.<br>6-21-cv-01171 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| Smarter Agent, LLC v. Redfin Corporation<br>6-21-cv-01172 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| DatRec, LLC v. Abbott Laboratories<br>6-21-cv-01173 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| Pineapple34, LLC v. Lenovo Group Limited<br>6-21-cv-01174 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| DatRec, LLC v. International Business Machines Corporation<br>6-21-cv-01175 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| D4D Technologies, LLC, d/b/a E4D Technologies v. Medit Corporation<br>6-21-cv-01176 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| Ortiz & Associates Consulting, LLC v. Canon U.S.A., Inc.<br>6-21-cv-01177 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| Ortiz & Associates Consulting, LLC v. Ricoh USA, Inc.<br>6-21-cv-01178 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| Decapolis Systems, LLC v. Lone Star Circle of Care<br>6-21-cv-01179 (WDTX) | Nov. 12, 2021 | Alan D. Albright |
| Auth Token LLC v. PNC Bank, NA f/k/a BBVA USA<br>6-21-cv-01163 (WDTX) | Nov. 11, 2021 | Alan D. Albright |

| | | |
|---|---|---|
| Auth Token LLC v. Regions Bank<br>6-21-cv-01164 (WDTX) | Nov. 11, 2021 | Alan D. Albright |
| Auth Token LLC v. Truist Financial Corporation<br>6-21-cv-01165 (WDTX) | Nov. 11, 2021 | Alan D. Albright |
| Auth Token LLC v. US Bank NA<br>6-21-cv-01166 (WDTX) | Nov. 11, 2021 | Alan D. Albright |
| Auth Token LLC v. Wells Fargo Bank NA<br>6-21-cv-01167 (WDTX) | Nov. 11, 2021 | Alan D. Albright |
| AP Global, Inc. v. Amazon.Com, Inc. et al<br>6-21-cv-01157 (WDTX) | Nov. 10, 2021 | Alan D. Albright |
| BE Labs, Inc. v. EZViz Inc.<br>6-21-cv-01158 (WDTX) | Nov. 10, 2021 | Alan D. Albright |
| Beteiro, LLC v. Flutter Entertainment plc et al<br>6-21-cv-01162 (WDTX) | Nov. 10, 2021 | Alan D. Albright |
| Pedersen v. Google LLC<br>6-21-cv-01152 (WDTX) | Nov. 09, 2021 | Alan D. Albright |
| Pedersen v. Mailgun Technologies, Inc.<br>6-21-cv-01153 (WDTX) | Nov. 09, 2021 | Alan D. Albright |
| Pedersen v. Microsoft Corporation<br>6-21-cv-01154 (WDTX) | Nov. 09, 2021 | Alan D. Albright |
| Pedersen v. J2 Global, Inc. et al<br>6-21-cv-01155 (WDTX) | Nov. 09, 2021 | Alan D. Albright |
| DatRec, LLC v. AMD Global Telemedicine, Inc.<br>6-21-cv-01156 (WDTX) | Nov. 09, 2021 | Alan D. Albright |
| Social Positioning Input Systems, LLC v. Manning NavComp, Inc.<br>6-21-cv-01144 (WDTX) | Nov. 08, 2021 | Alan D. Albright |
| Arigna Technology Limited v. OnePlus Technology Shenzhen Co., Ltd.<br>6-21-cv-01145 (WDTX) | Nov. 08, 2021 | Alan D. Albright |
| Beteiro, LLC v. Elys Game Technology Corporation<br>6-21-cv-01147 (WDTX) | Nov. 08, 2021 | Alan D. Albright |
| Beteiro, LLC v. Kindred Group, PLC et al<br>6-21-cv-01148 (WDTX) | Nov. 08, 2021 | Alan D. Albright |
| Beteiro, LLC v. Morris Mohawk Gaming Group<br>6-21-cv-01149 (WDTX) | Nov. 08, 2021 | Alan D. Albright |
| Beteiro, LLC v. PlayUp Limited<br>6-21-cv-01150 (WDTX) | Nov. 08, 2021 | Alan D. Albright |
| Compression Vectors LLC v. Intel Corporation<br>6-21-cv-01142 (WDTX) | Nov. 05, 2021 | Alan D. Albright |
| Applied Biokinetics LLC v. Walmart Inc.<br>6-21-cv-01132 (WDTX) | Nov. 04, 2021 | Alan D. Albright |
| Applied Biokinetics LLC v. Walmart Inc.<br>6-21-cv-01133 (WDTX) | Nov. 04, 2021 | Alan D. Albright |
| Applied Biokinetics LLC v. Walmart Inc.<br>6-21-cv-01134 (WDTX) | Nov. 04, 2021 | Alan D. Albright |
| Scramoge Technology Ltd., v. Google LLC<br>6-21-cv-01138 (WDTX) | Nov. 04, 2021 | Alan D. Albright |
| Auth Token LLC v. BMO Harris Bank, NA<br>6-21-cv-01124 (WDTX) | Nov. 01, 2021 | Alan D. Albright |
| Auth Token LLC v. Citigroup Inc.<br>6-21-cv-01125 (WDTX) | Nov. 01, 2021 | Alan D. Albright |
| Auth Token LLC v. HBSC USA, Inc.<br>6-21-cv-01126 (WDTX) | Nov. 01, 2021 | Alan D. Albright |
| Informative Technology Systems, LLC v. CodeLathe Technologies, Inc.<br>6-21-cv-01117 (WDTX) | Oct. 29, 2021 | Alan D. Albright |
| Aperture Net LLC v. Stanley Black & Decker, Inc.<br>6-21-cv-01118 (WDTX) | Oct. 29, 2021 | Alan D. Albright |
| Scenic Licensing LLC v. NewTek, Inc.<br>6-21-cv-01119 (WDTX) | Oct. 29, 2021 | Alan D. Albright |
| Authorization Wallet, LLC v. Nordstrom, Inc.<br>6-21-cv-01120 (WDTX) | Oct. 29, 2021 | Alan D. Albright |
| Auth Token LLC v. American Express Company<br>6-21-cv-01121 (WDTX) | Oct. 29, 2021 | Alan D. Albright |
| Auth Token LLC v. Bank Of America, NA<br>6-21-cv-01122 (WDTX) | Oct. 29, 2021 | Alan D. Albright |
| Authorization Wallet, LLC v. Starbucks Corporation<br>6-21-cv-01123 (WDTX) | Oct. 29, 2021 | Alan D. Albright |
| Boulder Licensing LLC v. Cinemark, Inc. et al<br>6-21-cv-01114 (WDTX) | Oct. 28, 2021 | Alan D. Albright |
| Display Technologies, LLC v. Volvo Car USA, LLC<br>6-21-cv-01111 (WDTX) | Oct. 27, 2021 | Alan D. Albright |
| Bataan Licensing LLC v. Enovation Controls, LLC<br>6-21-cv-01109 (WDTX) | Oct. 26, 2021 | Alan D. Albright |
| 3Shape A/S v. Carestream Dental LLC<br>6-21-cv-01110 (WDTX) | Oct. 26, 2021 | Alan D. Albright |
| Aire Technology Ltd. v. Google LLC<br>6-21-cv-01104 (WDTX) | Oct. 25, 2021 | Alan D. Albright |
| SecurityProfiling, LLC v. Trend Micro Inc.<br>6-21-cv-01105 (WDTX) | Oct. 25, 2021 | Alan D. Albright |

| | | |
|---|---|---|
| SecurityProfiling, LLC v. Cisco Systems, Inc.<br>6-21-cv-01106 (WDTX) | Oct. 25, 2021 | Alan D. Albright |
| 3D Surfaces, LLC v. Dell Technologies Inc. et al<br>6-21-cv-01107 (WDTX) | Oct. 25, 2021 | Alan D. Albright |
| MicroPairing Technologies LLC v. Volvo Car USA, LLC<br>6-21-cv-01108 (WDTX) | Oct. 25, 2021 | Alan D. Albright |
| Aire Technology Ltd. v. Apple Inc.<br>6-21-cv-01101 (WDTX) | Oct. 22, 2021 | Alan D. Albright |
| CloudofChange, LLC v. Lightspeed POS Inc.<br>6-21-cv-01102 (WDTX) | Oct. 22, 2021 | Alan D. Albright |
| Wepay Global Payments LLC v. Samsung Electronics Co., Ltd. et al<br>6-21-cv-01095 (WDTX) | Oct. 20, 2021 | Alan D. Albright |
| Intellectual Ventures I LLC et al v. General Motors Company et al<br>6-21-cv-01088 (WDTX) | Oct. 19, 2021 | Alan D. Albright |
| Linfo IP, LLC v. Walmart, Inc.<br>6-21-cv-01089 (WDTX) | Oct. 19, 2021 | Alan D. Albright |
| S3G Technology LLC v. OYO Hotels Inc.<br>6-21-cv-01093 (WDTX) | Oct. 19, 2021 | Alan D. Albright |
| Wepay Global Payments LLC v. PayPal, Inc.<br>6-21-cv-01094 (WDTX) | Oct. 19, 2021 | Alan D. Albright |
| Flygrip, Inc. v. Five Below, Inc.<br>6-21-cv-01080 (WDTX) | Oct. 18, 2021 | Alan D. Albright |
| Flygrip, Inc. v. Amazon.com, Inc.<br>6-21-cv-01081 (WDTX) | Oct. 18, 2021 | Alan D. Albright |
| Flygrip, Inc. v. Walmart Inc.<br>6-21-cv-01082 (WDTX) | Oct. 18, 2021 | Alan D. Albright |
| WAG Acquisition, LLC v. Netflix, Inc.<br>6-21-cv-01083 (WDTX) | Oct. 18, 2021 | Alan D. Albright |
| Linfo IP, LLC v. Costco Wholesale Corporation<br>6-21-cv-01072 (WDTX) | Oct. 15, 2021 | Alan D. Albright |
| Parus Holdings Inc. v. Samsung Electronics America, Inc. et al<br>6-21-cv-01073 (WDTX) | Oct. 15, 2021 | Alan D. Albright |
| Linfo IP, LLC v. CVS Pharmacy, Inc.<br>6-21-cv-01074 (WDTX) | Oct. 15, 2021 | Alan D. Albright |
| Linfo IP, LLC v. Target Corporation<br>6-21-cv-01075 (WDTX) | Oct. 15, 2021 | Alan D. Albright |
| Linfo IP, LLC v. Lowe's Companies, Inc.<br>6-21-cv-01076 (WDTX) | Oct. 15, 2021 | Alan D. Albright |
| Linfo IP, LLC v. Sears, Roebuck & Co.<br>6-21-cv-01077 (WDTX) | Oct. 15, 2021 | Alan D. Albright |
| Charge Fusion Technologies, LLC v. Tesla, Inc.<br>6-21-cv-01078 (WDTX) | Oct. 15, 2021 | Alan D. Albright |
| Texas Secure Authentication, LLC v. Cullen/Frost Bankers, Inc. et al<br>6-21-cv-01069 (WDTX) | Oct. 14, 2021 | Alan D. Albright |
| Scramoge Technology Limited v. Apple Inc.<br>6-21-cv-01071 (WDTX) | Oct. 14, 2021 | Alan D. Albright |
| Buffalo Patents, LLC v. Coolpad Group Limited et al<br>6-21-cv-01061 (WDTX) | Oct. 13, 2021 | Alan D. Albright |
| Buffalo Patents, LLC v. HTC Corporation<br>6-21-cv-01062 (WDTX) | Oct. 13, 2021 | Alan D. Albright |
| Buffalo Patents, LLC v. OnePlus Technology Shenzhen Co., Ltd.<br>6-21-cv-01063 (WDTX) | Oct. 13, 2021 | Alan D. Albright |
| Buffalo Patents, LLC v. TCL Technology Group Corp. et al<br>6-21-cv-01064 (WDTX) | Oct. 13, 2021 | Alan D. Albright |
| Buffalo Patents, LLC v. ZTE Corporation<br>6-21-cv-01065 (WDTX) | Oct. 13, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. Texas Instruments Incorporated<br>6-21-cv-01066 (WDTX) | Oct. 13, 2021 | Alan D. Albright |
| Continental Circuits LLC et al v. Apple Inc.<br>6-21-cv-01049 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Textile Computer Systems, Inc. v. Broadway National Bank d/b/a Broadway Bank<br>6-21-cv-01050 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Textile Computer Systems, Inc. v. Charles Schwab Bank<br>6-21-cv-01051 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Textile Computer Systems, Inc. v. Comerica Bank<br>6-21-cv-01052 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Textile Computer Systems, Inc. v. Frost Bank<br>6-21-cv-01053 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Textile Computer Systems, Inc. v. Independent Bank<br>6-21-cv-01054 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Textile Computer Systems, Inc. v. International Bank of Commerce<br>6-21-cv-01055 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Textile Computer Systems, Inc. v. Southside Bank<br>6-21-cv-01056 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Textile Computer Systems, Inc. v. Texas Capital Bank<br>6-21-cv-01057 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Textile Computer Systems, Inc. v. Vantage Bank Texas<br>6-21-cv-01058 (WDTX) | Oct. 12, 2021 | Alan D. Albright |

| Case | Date | Judge |
|---|---|---|
| Textile Computer Systems, Inc. v. Woodforest Financial Group, Inc. et al<br>6-21-cv-01059 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Seoul Semiconductor Co et al v. Ace Hardware Corporation<br>6-21-cv-01060 (WDTX) | Oct. 12, 2021 | Alan D. Albright |
| Marquez v. Procell Therapies Holdings, LLC et al<br>6-21-cv-01048 (WDTX) | Oct. 08, 2021 | Alan D. Albright |
| G & H Diversified Manufacturing, LP v. DynaEnergetics Europe GmbH et al<br>6-21-cv-01046 (WDTX) | Oct. 07, 2021 | Alan D. Albright |
| Rothschild Patent Imaging LLC v. The Knot Worldwide, Inc.<br>6-21-cv-01043 (WDTX) | Oct. 06, 2021 | Alan D. Albright |
| Arigna Technology Limited v. Google, LLC f/k/a Google Inc.<br>6-21-cv-01045 (WDTX) | Oct. 06, 2021 | Alan D. Albright |
| Kortek Industries Pty Ltd. v. Globe Electric Company, Inc.<br>6-21-cv-01029 (WDTX) | Oct. 05, 2021 | Alan D. Albright |
| Kortek Industries Pty Ltd. v. Vesync Co., Ltd<br>6-21-cv-01030 (WDTX) | Oct. 05, 2021 | Alan D. Albright |
| Kortek Industries Pty Ltd. v. Southwire Company, LLC<br>6-21-cv-01031 (WDTX) | Oct. 05, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. Zebra Technologies Corporation<br>6-21-cv-01035 (WDTX) | Oct. 05, 2021 | Alan D. Albright |
| Sofia DRM, LLC v. Hallmark Cards, Inc. et al<br>6-21-cv-01036 (WDTX) | Oct. 05, 2021 | Alan D. Albright |
| Verna IP Holdings, LLC v. BlackBerry Corporation f/k/a Research In Motion Corporation<br>6-21-cv-01037 (WDTX) | Oct. 05, 2021 | Alan D. Albright |
| Mesa Digital LLC v. Best Buy Co., Inc.<br>6-21-cv-01038 (WDTX) | Oct. 05, 2021 | Alan D. Albright |
| Mesa Digital LLC v. Walmart, Inc.<br>6-21-cv-01039 (WDTX) | Oct. 05, 2021 | Alan D. Albright |
| NexTier Completion Solutions Inc. v. DynaEnergetics Europe GmbH et al<br>6-21-cv-01017 (WDTX) | Oct. 04, 2021 | Alan D. Albright |
| Grecia Estate Holidngs LLC v. Broadway National Bank<br>6-21-cv-01025 (WDTX) | Oct. 04, 2021 | Alan D. Albright |
| Kortek Industries Pty Ltd. v. Shenzhen Gosund Technology Co., Ltd.<br>6-21-cv-01027 (WDTX) | Oct. 04, 2021 | Alan D. Albright |
| SurfCast, Inc. v. Microsoft Corporation<br>6-21-cv-01018 (WDTX) | Oct. 01, 2021 | Alan D. Albright |
| Mesa Digital LLC v. Kyocera International, Inc.<br>6-21-cv-01019 (WDTX) | Oct. 01, 2021 | Alan D. Albright |
| Mesa Digital LLC v. Cellco Partnership d/b/a Verizon Wireless<br>6-21-cv-01020 (WDTX) | Oct. 01, 2021 | Alan D. Albright |
| AML IP, LLC v. Signet Group Services US Inc.<br>6-21-cv-01021 (WDTX) | Oct. 01, 2021 | Alan D. Albright |
| Sinox Company Ltd. v. YiFeng Manufacturing Co. Ltd. et al<br>6-21-cv-01022 (WDTX) | Oct. 01, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. Oracle Corporation<br>6-21-cv-01023 (WDTX) | Oct. 01, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. Google, LLC f/k/a Google Inc.<br>6-21-cv-01024 (WDTX) | Oct. 01, 2021 | Alan D. Albright |
| Mallard IP LLC v. Super Micro Computer, Inc.<br>6-21-cv-01011 (WDTX) | Sep. 30, 2021 | Alan D. Albright |
| Copperfield Licensing LLC v. KLA Corporation<br>6-21-cv-01012 (WDTX) | Sep. 30, 2021 | Alan D. Albright |
| Copperfield Licensing LLC v. MKS Instruments, Inc.<br>6-21-cv-01013 (WDTX) | Sep. 30, 2021 | Alan D. Albright |
| Aprese Systems Texas, LLC v. AUDI AG et al<br>6-21-cv-01014 (WDTX) | Sep. 30, 2021 | Alan D. Albright |
| Sightline Payments LLC v. Everi Holdings Inc. et al<br>6-21-cv-01015 (WDTX) | Sep. 30, 2021 | Alan D. Albright |
| Valjakka v. Microsoft Corporation<br>6-21-cv-01006 (WDTX) | Sep. 29, 2021 | Alan D. Albright |
| AMPEREX TECHNOLOGY LIMITED v. MAXELL, LTD.<br>6-21-cv-01007 (WDTX) | Sep. 29, 2021 | Alan D. Albright |
| Honeywell International, Inc. v. Zebra Technologies Corporation<br>6-21-cv-01008 (WDTX) | Sep. 29, 2021 | Alan D. Albright |
| Monument Peak Ventures, LLC v. Johnson Controls, Inc. et al<br>6-21-cv-01009 (WDTX) | Sep. 29, 2021 | Alan D. Albright |
| Honeywell International Inc. et al v. Zebra Technologies Corporation<br>6-21-cv-01010 (WDTX) | Sep. 29, 2021 | Alan D. Albright |
| mCom IP, LLC v. Vantage Bank Texas<br>6-21-cv-00996 (WDTX) | Sep. 28, 2021 | Alan D. Albright |
| R2 Solutions LLC v. Roku, Inc.<br>6-21-cv-00997 (WDTX) | Sep. 28, 2021 | Alan D. Albright |
| KT Imaging USA, LLC v. Microsoft Corporation<br>6-21-cv-01000 (WDTX) | Sep. 28, 2021 | Alan D. Albright |
| EMA Electromechanics, Inc. f/k/a EMA Electromechanics, LLC v. Siemens Corporation et al<br>6-21-cv-01001 (WDTX) | Sep. 28, 2021 | Alan D. Albright |
| KT Imaging USA, LLC v. Apple Inc.<br>6-21-cv-01002 (WDTX) | Sep. 28, 2021 | Alan D. Albright |

| Case | Date | Judge |
|---|---|---|
| KT Imaging USA, LLC v. Google, LLC f/k/a Google Inc. <br> 6-21-cv-01003 (WDTX) | Sep. 28, 2021 | Alan D. Albright |
| KT Imaging USA, LLC v. Dell Technologies Inc. et al <br> 6-21-cv-01004 (WDTX) | Sep. 28, 2021 | Alan D. Albright |
| Etla, LLC v. PayPal, Inc. <br> 6-21-cv-01005 (WDTX) | Sep. 28, 2021 | Alan D. Albright |
| PerDiemCo LLC v. Coretex Limited et al <br> 6-21-cv-00993 (WDTX) | Sep. 27, 2021 | Alan D. Albright |
| PerfX Wireline Services, LLC v. DynaEnergetics US, Inc. et al <br> 6-21-cv-00970 (WDTX) | Sep. 24, 2021 | Alan D. Albright |
| Fleet Connect Solutions, LLC v. Precision Drilling Corporation <br> 6-21-cv-00987 (WDTX) | Sep. 24, 2021 | Alan D. Albright |
| Fleet Connect Solutions, LLC v. Flying Star Transport, LLC <br> 6-21-cv-00988 (WDTX) | Sep. 24, 2021 | Alan D. Albright |
| mCom IP, LLC v. Woodforest National Bank et al <br> 6-21-cv-00989 (WDTX) | Sep. 24, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. Amazon.com, Inc. <br> 6-21-cv-00991 (WDTX) | Sep. 24, 2021 | Alan D. Albright |
| Jawbone Innovations, LLC v. Apple Inc. <br> 6-21-cv-00984 (WDTX) | Sep. 23, 2021 | Alan D. Albright |
| Jawbone Innovations, LLC v. Google LLC <br> 6-21-cv-00985 (WDTX) | Sep. 23, 2021 | Alan D. Albright |
| University of Pittsburgh of the Commonwealth System of Higher Education v. Cochlear Ltd. et al <br> 6-21-cv-00986 (WDTX) | Sep. 23, 2021 | Alan D. Albright |
| Auth Token LLC v. Anica Inc. d/b/a Anica Group <br> 6-21-cv-00975 (WDTX) | Sep. 21, 2021 | Alan D. Albright |
| Auth Token LLC v. Thales E-Security Limited <br> 6-21-cv-00976 (WDTX) | Sep. 21, 2021 | Alan D. Albright |
| Recog IP LLC v. Dick's Sporting Goods, Inc. <br> 6-21-cv-00977 (WDTX) | Sep. 21, 2021 | Alan D. Albright |
| Rothschild Broadcast Distribution Systems, LLC v. Johnson Controls, Inc. <br> 6-21-cv-00964 (WDTX) | Sep. 17, 2021 | Alan D. Albright |
| mCom IP, LLC v. International Business Machines Corporation <br> 6-21-cv-00966 (WDTX) | Sep. 17, 2021 | Alan D. Albright |
| Parus Holdings Inc. v. Apple Inc. <br> 6-21-cv-00968 (WDTX) | Sep. 17, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. Arashi Vision Inc. <br> 6-21-cv-00959 (WDTX) | Sep. 16, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. Hasselblad AB <br> 6-21-cv-00960 (WDTX) | Sep. 16, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. JVCKenwood Corporation <br> 6-21-cv-00961 (WDTX) | Sep. 16, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. Seiko Epson Corporation <br> 6-21-cv-00962 (WDTX) | Sep. 16, 2021 | Alan D. Albright |
| Aire Technology Ltd. v. Samsung Electronics Co., Ltd. et al <br> 6-21-cv-00955 (WDTX) | Sep. 15, 2021 | Alan D. Albright |
| Sockeye Licensing TX LLC v. Seiko Epson Corporation <br> 6-21-cv-00956 (WDTX) | Sep. 15, 2021 | Alan D. Albright |
| Valjakka v. Netflix, Inc. <br> 6-21-cv-00947 (WDTX) | Sep. 13, 2021 | Alan D. Albright |
| Parallel Networks Licensing, LLC v. Artisan Infrastructure, LLC <br> 6-21-cv-00951 (WDTX) | Sep. 13, 2021 | Alan D. Albright |
| Parallel Networks Licensing, LLC v. Neutrona Networks International LLC <br> 6-21-cv-00952 (WDTX) | Sep. 13, 2021 | Alan D. Albright |
| Parallel Networks Licensing, LLC v. SHI International Corp. <br> 6-21-cv-00953 (WDTX) | Sep. 13, 2021 | Alan D. Albright |
| SkimDevil Pure LLC d/b/a Skimdevil v. Skimbot, LLC et al <br> 6-21-cv-00954 (WDTX) | Sep. 13, 2021 | Alan D. Albright |
| Guvera IP Pty Ltd. v. Pandora AS <br> 6-21-cv-00946 (WDTX) | Sep. 12, 2021 | Alan D. Albright |
| VideoLabs, Inc. v. Dell Technologies Inc. et al <br> 6-21-cv-00932 (WDTX) | Sep. 10, 2021 | Alan D. Albright |
| MyPAQ Holdings Ltd. v. Dell Technologies, Inc. et al <br> 6-21-cv-00933 (WDTX) | Sep. 10, 2021 | Alan D. Albright |
| Monterey Research, LLC v. Qualcomm Incorporated et al <br> 6-21-cv-00936 (WDTX) | Sep. 10, 2021 | Alan D. Albright |
| Bell Northern Research, LLC v. HP Inc. <br> 6-21-cv-00939 (WDTX) | Sep. 10, 2021 | Alan D. Albright |
| Bell Northern Research, LLC v. CommScope Holding Company, Inc. et al <br> 6-21-cv-00941 (WDTX) | Sep. 10, 2021 | Alan D. Albright |
| Valjakka v. Akamai Technologies, Inc. <br> 6-21-cv-00942 (WDTX) | Sep. 10, 2021 | Alan D. Albright |
| Arigna Technology Limited v. Samsung Electronics Co., Ltd. et al <br> 6-21-cv-00943 (WDTX) | Sep. 10, 2021 | Alan D. Albright |
| Valjakka v. Cisco Systems, Inc. <br> 6-21-cv-00944 (WDTX) | Sep. 10, 2021 | Alan D. Albright |
| Valjakka v. Amazon.com, Inc. et al <br> 6-21-cv-00945 (WDTX) | Sep. 10, 2021 | Alan D. Albright |

| Case | Date | Judge |
|---|---|---|
| Linfo IP, LLC v. Academy Sports And Outdoors, Inc. 6-21-cv-00925 (WDTX) | Sep. 09, 2021 | Alan D. Albright |
| Linfo IP, LLC v. Home Depot USA, Inc. d/b/a The Home Depot 6-21-cv-00927 (WDTX) | Sep. 09, 2021 | Alan D. Albright |
| Linfo IP, LLC v. j2 Global, Inc. 6-21-cv-00928 (WDTX) | Sep. 09, 2021 | Alan D. Albright |
| Callstat Solutions LLC v. Sync.com Inc. 6-21-cv-00918 (WDTX) | Sep. 08, 2021 | Alan D. Albright |
| Callstat Solutions LLC v. ZTE Corporation 6-21-cv-00919 (WDTX) | Sep. 08, 2021 | Alan D. Albright |
| Paitrix Co. Ltd. v. Patsnap Pte Ltd. 6-21-cv-00920 (WDTX) | Sep. 08, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. Basler AG 6-21-cv-00921 (WDTX) | Sep. 08, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. Resideo Technologies, Inc. 6-21-cv-00922 (WDTX) | Sep. 08, 2021 | Alan D. Albright |
| Cedar Lane Technologies Inc. v. Thales E-Security Limited 6-21-cv-00923 (WDTX) | Sep. 08, 2021 | Alan D. Albright |
| RFCyber Corp. v. Apple Inc. 6-21-cv-00916 (WDTX) | Sep. 07, 2021 | Alan D. Albright |
| Prova Group, Inc. v. Cintas Corporation 6-21-cv-00915 (WDTX) | Sep. 03, 2021 | Alan D. Albright |
| Callstat Solutions LLC v. BMC Software, Inc. 6-21-cv-00911 (WDTX) | Sep. 02, 2021 | Alan D. Albright |
| Callstat Solutions LLC v. HP Inc. 6-21-cv-00912 (WDTX) | Sep. 02, 2021 | Alan D. Albright |
| Callstat Solutions LLC v. HTC Corporation 6-21-cv-00913 (WDTX) | Sep. 02, 2021 | Alan D. Albright |
| Callstat Solutions LLC v. Motorola Moblity LLC 6-21-cv-00914 (WDTX) | Sep. 02, 2021 | Alan D. Albright |
| Geographic Location Innovations LLC v. GPM Investments, LLC 6-21-cv-00908 (WDTX) | Sep. 01, 2021 | Alan D. Albright |
| Bell Northern Research, LLC v. Dell Technologies Inc. et al 6-21-cv-00909 (WDTX) | Sep. 01, 2021 | Alan D. Albright |
| Optical Licensing LLC v. Home Depot U.S.A., Inc. 6-21-cv-00904 (WDTX) | Aug. 31, 2021 | Alan D. Albright |
| Optical Licensing LLC v. Lowe's Companies, Inc. et al 6-21-cv-00905 (WDTX) | Aug. 31, 2021 | Alan D. Albright |
| Everlight Electronics Co., Ltd. v. Amazon.com, Inc. et al 6-21-cv-00906 (WDTX) | Aug. 31, 2021 | Alan D. Albright |
| Scramoge Technology Limited v. Samsung Electronics Co., Ltd. et al 6-21-cv-00902 (WDTX) | Aug. 30, 2021 | Alan D. Albright |
| AlmondNet, Inc. et al v. Facebook, Inc. 6-21-cv-00896 (WDTX) | Aug. 27, 2021 | Alan D. Albright |
| AlmondNet, Inc. et al v. Microsoft Corporation 6-21-cv-00897 (WDTX) | Aug. 27, 2021 | Alan D. Albright |
| AlmondNet, Inc. et al v. Amazon.com, Inc. et al 6-21-cv-00898 (WDTX) | Aug. 27, 2021 | Alan D. Albright |
| Phoji, Inc. v. Atlassian, Inc. 6-21-cv-00888 (WDTX) | Aug. 26, 2021 | Alan D. Albright |
| AlmondNet, Inc. et al v. Samsung Electronics Co., Ltd. et al 6-21-cv-00891 (WDTX) | Aug. 26, 2021 | Alan D. Albright |
| Crimson IP LLC v. Tecore, Inc. 6-21-cv-00892 (WDTX) | Aug. 26, 2021 | Alan D. Albright |
| Crimson IP LLC v. iGEM Communications LLC 6-21-cv-00893 (WDTX) | Aug. 26, 2021 | Alan D. Albright |
| Flexiworld Technologies, Inc. v. Roku, Inc. 6-21-cv-00882 (WDTX) | Aug. 24, 2021 | Alan D. Albright |
| 360Heros, Inc. v. Samsung Electronics America, Inc. et al 6-21-cv-00883 (WDTX) | Aug. 24, 2021 | Alan D. Albright |
| Confirmetrics, LLC v. Seon Technologies, Ltd. 6-21-cv-00884 (WDTX) | Aug. 24, 2021 | Alan D. Albright |
| Zeller Digital Innovations, Inc. d/b/a RoomReady v. Ashton Bentley Group Limited 6-21-cv-00879 (WDTX) | Aug. 23, 2021 | Alan D. Albright |
| AR Design Innovations LLC v. Wayfair LLC 6-21-cv-00880 (WDTX) | Aug. 23, 2021 | Alan D. Albright |
| DatRec, LLC v. SAP America, Inc. 6-21-cv-00875 (WDTX) | Aug. 20, 2021 | Alan D. Albright |
| AlmondNet, Inc. v. Roku, Inc. 6-21-cv-00876 (WDTX) | Aug. 20, 2021 | Alan D. Albright |
| Lexington Luminance LLC v. Costco Wholesale Corporation 6-21-cv-00871 (WDTX) | Aug. 19, 2021 | Alan D. Albright |
| Kortek Industries Pty Ltd. v. Shenzhen Sonoff Technologies Co., Ltd. 6-21-cv-00872 (WDTX) | Aug. 19, 2021 | Alan D. Albright |
| Kortek Industries Pty Ltd. v. NRG Energy, Inc. 6-21-cv-00867 (WDTX) | Aug. 18, 2021 | Alan D. Albright |
| Kortek Industries Pty Ltd. v. Wangs Alliance Corporation 6-21-cv-00870 (WDTX) | Aug. 18, 2021 | Alan D. Albright |

| | | |
|---|---|---|
| Gardner Denver Petroleum Pumps, LLC v. Premium Oilfield Technologies, LLC<br>6-21-cv-00864 (WDTX) | Aug. 17, 2021 | Alan D. Albright |
| Wagner v. Flambeau, Inc.<br>6-21-cv-00865 (WDTX) | Aug. 17, 2021 | Alan D. Albright |
| DDC Technology, LLC v. Merge Labs, Inc.<br>6-21-cv-00850 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Wagner v. FOXPRO, Inc.<br>6-21-cv-00851 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| MediaPointe, Inc. v. Akamai Technologies, Inc.<br>6-21-cv-00852 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Torus Ventures LLC v. Panasonic Corporation of North America<br>6-21-cv-00853 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Torus Ventures LLC v. Oracle Corporation<br>6-21-cv-00854 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| MediaPointe, Inc. v. Microsoft Corporation<br>6-21-cv-00855 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Torus Ventures LLC v. Microchip Technology Incorporated<br>6-21-cv-00856 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Torus Ventures LLC v. Acer Inc.<br>6-21-cv-00857 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Torus Ventures LLC v. STMicroelectronics, Inc.<br>6-21-cv-00858 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Ascension Intellectual Properties, LLC v. Amp Me, Inc.<br>6-21-cv-00859 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Shingletop IP LLC v. Nuu Limited et al<br>6-21-cv-00860 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Shingletop IP LLC v. Acer Inc. et al<br>6-21-cv-00861 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Burley Licensing LLC v. Micro-Star International Co. Ltd.<br>6-21-cv-00862 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Burley Licensing LLC v. Walmart, Inc. et al<br>6-21-cv-00863 (WDTX) | Aug. 16, 2021 | Alan D. Albright |
| Maxell Holdings, Ltd. v. Zhuhai CosMx Battery Co., Ltd.<br>6-21-cv-00845 (WDTX) | Aug. 13, 2021 | Alan D. Albright |
| Bell Northern Research, LLC v. Lenovo Group Ltd. et al<br>6-21-cv-00847 (WDTX) | Aug. 13, 2021 | Alan D. Albright |
| Verna IP Holdings, LLC v. Eaton Corporation<br>6-21-cv-00849 (WDTX) | Aug. 13, 2021 | Alan D. Albright |
| Geographic Location Innovations LLC v. Solstice Marketing Concepts, LLC<br>6-21-cv-00837 (WDTX) | Aug. 12, 2021 | Alan D. Albright |
| Monterey Research, LLC v. Advanced Micro Devices, Inc.<br>6-21-cv-00839 (WDTX) | Aug. 12, 2021 | Alan D. Albright |
| Monterey Research, LLC v. Advanced Micro Devices, Inc.<br>6-21-cv-00840 (WDTX) | Aug. 12, 2021 | Alan D. Albright |
| Lone Star SCM Systems, Ltd. v. Zebra Technologies Corporation<br>6-21-cv-00842 (WDTX) | Aug. 12, 2021 | Alan D. Albright |
| Lone Star SCM Systems, Ltd. v. Honeywell International Inc.<br>6-21-cv-00843 (WDTX) | Aug. 12, 2021 | Alan D. Albright |
| Lone Star SCM Systems, Ltd. v. Bluebird Inc.<br>6-21-cv-00844 (WDTX) | Aug. 12, 2021 | Alan D. Albright |
| S3G Technology LLC v. Belk, Inc.<br>6-21-cv-00832 (WDTX) | Aug. 11, 2021 | Alan D. Albright |
| Bell Northern Research, LLC v. Apple Inc.<br>6-21-cv-00833 (WDTX) | Aug. 11, 2021 | Alan D. Albright |
| Digital Cache, LLC v. Shenzhen Longsys Electronics Co., Ltd<br>6-21-cv-00824 (WDTX) | Aug. 10, 2021 | Alan D. Albright |
| 21st Century Garage LLC v. General Motors LLC<br>6-21-cv-00825 (WDTX) | Aug. 10, 2021 | Alan D. Albright |
| mCom IP, LLC v. Fis Global, Inc.<br>6-21-cv-00826 (WDTX) | Aug. 10, 2021 | Alan D. Albright |
| mCom IP, LLC v. Fiserv, Inc.<br>6-21-cv-00827 (WDTX) | Aug. 10, 2021 | Alan D. Albright |
| mCom IP, LLC v. MX Technologies, Inc.<br>6-21-cv-00829 (WDTX) | Aug. 10, 2021 | Alan D. Albright |
| Grecia Estate Holdings LLC v. First National Bank Texas<br>6-21-cv-00830 (WDTX) | Aug. 10, 2021 | Alan D. Albright |
| Grecia Estate Holdings LLC v. 7-Eleven, Inc.<br>6-21-cv-00831 (WDTX) | Aug. 10, 2021 | Alan D. Albright |
| Atlas Global Technologies LLC v. Sercomm Corporation<br>6-21-cv-00818 (WDTX) | Aug. 09, 2021 | Alan D. Albright |
| Repairify, Inc. v. Keystone Automotive Industries, Inc. et al<br>6-21-cv-00819 (WDTX) | Aug. 09, 2021 | Alan D. Albright |
| Atlas Global Technologies LLC v. ASUSTeK Computer Inc.<br>6-21-cv-00820 (WDTX) | Aug. 09, 2021 | Alan D. Albright |
| AML IP, LLC v. Catnip Games, LLC<br>6-21-cv-00821 (WDTX) | Aug. 09, 2021 | Alan D. Albright |
| AML IP, LLC v. Belk, Inc. et al<br>6-21-cv-00822 (WDTX) | Aug. 09, 2021 | Alan D. Albright |

| | | |
|---|---|---|
| AML IP, LLC v. AMERICAN EAGLE OUTFITTERS, INC.<br>6-21-cv-00823 (WDTX) | Aug. 09, 2021 | Alan D. Albright |
| Synkloud Technologies, LLC et al v. Sung Hwan E&B Co., Ltd. d/b/a SHEnB Co. Ltd.<br>6-21-cv-00811 (WDTX) | Aug. 06, 2021 | Alan D. Albright |
| WAG Acquisition, LLC v. Amazon.com, Inc. et al<br>6-21-cv-00815 (WDTX) | Aug. 06, 2021 | Alan D. Albright |
| WAG Acquisition, LLC v. Google, LLC f/k/a Google Inc. et al<br>6-21-cv-00816 (WDTX) | Aug. 06, 2021 | Alan D. Albright |
| GreatGigz Solutions, LLC v. Walgreens Boots Alliance, Inc.<br>6-21-cv-00809 (WDTX) | Aug. 05, 2021 | Alan D. Albright |
| Altpass LLC v. Apple Inc.<br>6-21-cv-00805 (WDTX) | Aug. 04, 2021 | Alan D. Albright |
| Ward Participations BV v. Samsung Electronics Co., Ltd. et al<br>6-21-cv-00806 (WDTX) | Aug. 04, 2021 | Alan D. Albright |
| GreatGigz Solutions, LLC v. Costco Wholesale Corporation<br>6-21-cv-00807 (WDTX) | Aug. 04, 2021 | Alan D. Albright |
| GreatGigz Solutions, LLC v. CVS Health Corporation<br>6-21-cv-00808 (WDTX) | Aug. 04, 2021 | Alan D. Albright |
| Altpass LLC v. Google, LLC f/k/a Google Inc.<br>6-21-cv-00797 (WDTX) | Aug. 03, 2021 | Alan D. Albright |
| GreatGigz Solutions, LLC v. Walmart, Inc.<br>6-21-cv-00798 (WDTX) | Aug. 03, 2021 | Alan D. Albright |
| Altpass LLC v. Microsoft Corporation<br>6-21-cv-00799 (WDTX) | Aug. 03, 2021 | Alan D. Albright |
| Lupercal, LLC v. Regions Bank<br>6-21-cv-00801 (WDTX) | Aug. 03, 2021 | Alan D. Albright |
| Cellspin Soft, Inc. v. Nike, Inc.<br>6-21-cv-00803 (WDTX) | Aug. 03, 2021 | Alan D. Albright |
| SWM International, LLC v. DynaEnergetics Europe GmbH et al<br>6-21-cv-00804 (WDTX) | Aug. 03, 2021 | Alan D. Albright |
| Silent Communications, Inc. v. BlackBerry Corporation f/k/a Research In Motion Corporation<br>6-21-cv-00782 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| DatRec, LLC v. Yardi Systems Inc.<br>6-21-cv-00785 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| KT Waterfront Construction Inc. et al v. The Lake Docktors LLC<br>6-21-cv-00786 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. Amazon.com, Inc.<br>6-21-cv-00787 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. Dell Technologies, Inc. et al<br>6-21-cv-00788 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| AML IP, LLC v. Academy Sports And Outdoors, Inc.<br>6-21-cv-00789 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. Lenovo Group Ltd. et al<br>6-21-cv-00790 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. LG Electronics Inc. et al<br>6-21-cv-00791 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. Motorola Mobility LLC<br>6-21-cv-00792 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| Sonrai Memory Limited v. Samsung Electronics Co., Ltd. et al<br>6-21-cv-00793 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| Nitek, Inc. v. Lite-On Technology Corporation et al<br>6-21-cv-00794 (WDTX) | Jul. 30, 2021 | Alan D. Albright |
| Diatek Licensing LLC v. Roku, Inc.<br>6-21-cv-00777 (WDTX) | Jul. 29, 2021 | Alan D. Albright |
| Diatek Licensing LLC v. Redbox Automated Retail, LLC<br>6-21-cv-00778 (WDTX) | Jul. 29, 2021 | Alan D. Albright |
| Q Technologies, Inc. v. Walmart, Inc.<br>6-21-cv-00779 (WDTX) | Jul. 29, 2021 | Alan D. Albright |