# Exhibit 32

## Cases

153 Results　　VIEW IN BROWSER

Courts: California Northern District　Case Filing Date: On or After Jan. 1st, 2021

| Case | Case Filing Date | Active Judge ▲ |
|------|------------------|----------------|
| Sonos, Inc. v. Google LLC<br>3-21-cv-07559 (NDCA) | Sep. 28, 2021 | |
| Integrated Technology Solutions, LLC v. BANDAI NAMCO Entertainment America Inc.<br>3-21-cv-07416 (NDCA) | Sep. 23, 2021 | |
| Social Positioning Input Systems, LLC v. LogiNext Solutions, Inc.<br>3-21-cv-06893 (NDCA) | Sep. 05, 2021 | |
| People.ai, Inc. v. Clari Inc.<br>3-21-cv-06314 (NDCA) | Aug. 17, 2021 | |
| MasterObjects, Inc. v. Facebook, Inc.<br>3-21-cv-05428 (NDCA) | Jul. 15, 2021 | |
| DocuSign, Inc. v. Clark<br>3-21-cv-04785 (NDCA) | Jun. 22, 2021 | |
| XR Communications LLC d/b/a Vivato Technologies v. Ruckus Wireless, Inc.<br>3-21-cv-04679 (NDCA) | Jun. 17, 2021 | |
| 2BCOM, LLC v. Logitech Inc.<br>3-21-cv-04605 (NDCA) | Jun. 15, 2021 | |
| Rothschild Broadcast Distribution Systems, LLC v. Yanka Industries, Inc.<br>3-21-cv-04553 (NDCA) | Jun. 14, 2021 | |
| Wisk Aero LLC v. Archer Aviation Inc.<br>3-21-cv-02450 (NDCA) | Apr. 06, 2021 | |
| Contour IP Holding, LLC v. GoPro, Inc.<br>3-21-cv-02143 (NDCA) | Mar. 26, 2021 | |
| BriefCam, Ltd. v. AxxonSoft US, Inc.<br>3-21-cv-00752 (NDCA) | Jan. 29, 2021 | |
| Social Positioning Input Systems, LLC v. Particle Industries, Inc.<br>3-21-cv-00464 (NDCA) | Jan. 20, 2021 | |
| Mod Stack LLC v. VirtualPBX.com, Inc.<br>3-21-cv-00184 (NDCA) | Jan. 08, 2021 | |
| Neonode Smartphone LLC v. Apple Inc.<br>3-21-cv-08872 (NDCA) | Nov. 16, 2021 | Laurel Beeler |
| Informative Technology Systems, LLC v. Seclore, Inc.<br>3-21-cv-08504 (NDCA) | Nov. 02, 2021 | Laurel Beeler |
| Informative Technology Systems, LLC v. Digify, Inc.<br>3-21-cv-08506 (NDCA) | Nov. 02, 2021 | Laurel Beeler |
| BelAir Electronics, Inc. v. Poetic Cases, Inc.<br>3-21-cv-07671 (NDCA) | Sep. 30, 2021 | Laurel Beeler |
| Coinbase, Inc. v. Modern Font Applications LLC<br>3-21-cv-05305 (NDCA) | Jul. 09, 2021 | Laurel Beeler |
| V5 Systems, Inc. v. Far et al<br>3-21-cv-03380 (NDCA) | May. 06, 2021 | Laurel Beeler |
| ON24, Inc. v. webinar.net, Inc.<br>3-21-cv-07721 (NDCA) | Oct. 01, 2021 | Edward M. Chen |
| CoStar Realty Information, Inc. v. Modern Font Applications LLC<br>3-21-cv-07521 (NDCA) | Sep. 27, 2021 | Edward M. Chen |
| Pegasus Solar, Inc. v. Unirac, Inc.<br>3-21-cv-06933 (NDCA) | Sep. 07, 2021 | Edward M. Chen |
| Apple Inc. v. Traxcell Technologies LLC<br>3-21-cv-06059 (NDCA) | Aug. 05, 2021 | Edward M. Chen |
| Software Research, Inc. v. UiPath, Inc.<br>3-21-cv-04326 (NDCA) | Jun. 07, 2021 | Edward M. Chen |
| Netflix, Inc. v. CA, Inc. d/b/a CA Technologies et al<br>3-21-cv-03649 (NDCA) | May. 14, 2021 | Edward M. Chen |
| Software Research, Inc. v. Keysight Technologies, Inc. et al<br>3-21-cv-01665 (NDCA) | Mar. 09, 2021 | Edward M. Chen |
| Abhyanker v. Nextdoor, Inc.<br>3-21-cv-01586 (NDCA) | Mar. 05, 2021 | Edward M. Chen |
| Abhyanker v. Nextdoor, Inc. et al<br>3-21-cv-01534 (NDCA) | Mar. 03, 2021 | Edward M. Chen |
| Opticurrent, LLC v. On Semiconductor Corporation<br>3-21-cv-01425 (NDCA) | Feb. 26, 2021 | Edward M. Chen |
| Netskope, Inc. v. Bitglass, Inc.<br>3-21-cv-00916 (NDCA) | Feb. 05, 2021 | Edward M. Chen |
| Bluebonnet Internet Media Services, LLC v. Pandora Media, LLC<br>3-21-cv-08294 (NDCA) | Oct. 25, 2021 | Vince Chhabria |
| Trenchant Blade Technologies LLC v. Samsung Electronics Co., Ltd. et al<br>3-21-cv-06313 (NDCA) | Aug. 16, 2021 | Vince Chhabria |
| Digital Verification Systems, LLC v. Apptivo, Inc.<br>3-21-cv-06093 (NDCA) | Aug. 07, 2021 | Vince Chhabria |
| Intel Corporation v. Trenchant Blade Technologies, LLC et al<br>3-21-cv-03398 (NDCA) | May. 06, 2021 | Vince Chhabria |
| TrafFix Devices, Inc. v. Lindsay Transportation Solutions, LLC<br>3-21-cv-03230 (NDCA) | Apr. 30, 2021 | Vince Chhabria |

| Case | Date | Judge |
|---|---|---|
| Rothschild Broadcast Distribution Systems, LLC v. Coursera, Inc.<br>3-21-cv-03116 (NDCA) | Apr. 28, 2021 | Vince Chhabria |
| Core Optical Technologies, LLC v. Apple Inc. et al<br>3-21-cv-03075 (NDCA) | Apr. 27, 2021 | Vince Chhabria |
| Core Optical Technologies, LLC v. Juniper Networks, Inc.<br>3-21-cv-02428 (NDCA) | Apr. 05, 2021 | Vince Chhabria |
| Rothy's, Inc. f/k/a CABH Holdings, LLC v. Birdies, Inc.<br>3-21-cv-02438 (NDCA) | Apr. 05, 2021 | Vince Chhabria |
| Canon Inc. v. NAR Cartridges<br>3-21-cv-01646 (NDCA) | Mar. 08, 2021 | Vince Chhabria |
| Uniloc 2017 LLC v. Apple Inc.<br>3-21-cv-00995 (NDCA) | Feb. 09, 2021 | Vince Chhabria |
| Unirac, Inc. v. Wencon Development, Inc. d/b/a QuickMount PV Corporation et al<br>3-21-cv-00478 (NDCA) | Jan. 20, 2021 | Vince Chhabria |
| Social Positioning Input Systems, LLC v. Mojio USA, Inc.<br>3-21-cv-08827 (NDCA) | Nov. 14, 2021 | Jacqueline Scott Corley |
| Future Motion, Inc. v. Unknown Defendant d/b/a Floatwheel<br>3-21-cv-03022 (NDCA) | Apr. 26, 2021 | Jacqueline Scott Corley |
| 2BCom, LLC v. Netgear, Inc.<br>3-21-cv-00333 (NDCA) | Jan. 13, 2021 | Jacqueline Scott Corley |
| Signify North America Corporation et al v. Kind LED Grow Lights LLC et al<br>5-21-cv-07983 (NDCA) | Oct. 12, 2021 | Edward J. Davila |
| PacSec3, LLC v. Juniper Networks, Inc.<br>5-21-cv-07812 (NDCA) | Oct. 06, 2021 | Edward J. Davila |
| Synthego Corporation v. Agilent Technologies, Inc.<br>5-21-cv-07801 (NDCA) | Oct. 05, 2021 | Edward J. Davila |
| Viavi Solutions Inc. v. Platinum Optics Technology Inc.<br>5-21-cv-06655 (NDCA) | Aug. 27, 2021 | Edward J. Davila |
| Wellen v. Logitech Inc<br>5-21-cv-05716 (NDCA) | Jul. 26, 2021 | Edward J. Davila |
| Novartis Vaccines and Diagnostics, Inc. et al v. Genentech, Inc.<br>5-21-cv-04874 (NDCA) | Jun. 24, 2021 | Edward J. Davila |
| Novartis Pharmaceuticals Corporation v. Handa Neuroscience, LLC et al<br>5-21-cv-03397 (NDCA) | May. 06, 2021 | Edward J. Davila |
| Samsung America, Inc. et al v. Blaze Mobile, Inc. et al<br>5-21-cv-02989 (NDCA) | Apr. 25, 2021 | Edward J. Davila |
| Vedanti Licensing Limited, LLC v. Google LLC et al<br>5-21-cv-01643 (NDCA) | Mar. 08, 2021 | Edward J. Davila |
| Carl Zeiss X-Ray Microscopy, Inc. v. Sigray, Inc.<br>5-21-cv-01129 (NDCA) | Feb. 16, 2021 | Edward J. Davila |
| Digital Verification Systems, LLC v. Paubox, Inc.<br>5-21-cv-08531 (NDCA) | Nov. 02, 2021 | Virginia K. DeMarchi |
| Optima Direct LLC v. INPAQ Technology USA Inc.<br>5-21-cv-02817 (NDCA) | Apr. 19, 2021 | Virginia K. DeMarchi |
| Tigo Energy Inc. v. Altenergy Power Systems Inc. et al<br>5-21-cv-02612 (NDCA) | Apr. 09, 2021 | Virginia K. DeMarchi |
| Verkada, Inc. v. Motorola Solutions, Inc. et al<br>3-21-cv-06858 (NDCA) | Sep. 02, 2021 | James Donato |
| Display Technologies, LLC v. iHealth Labs, Inc.<br>3-21-cv-06454 (NDCA) | Aug. 20, 2021 | James Donato |
| InnoMemory LLC v. Etron Technology America, Inc.<br>3-21-cv-05511 (NDCA) | Jul. 19, 2021 | James Donato |
| Cellco Partnership d/b/a Verizon Wireless Inc. et al v. VoIP-Pal.com, Inc.<br>3-21-cv-05275 (NDCA) | Jul. 08, 2021 | James Donato |
| Apple Inc. v. VoIP-Pal.com, Inc.<br>3-21-cv-05110 (NDCA) | Jul. 01, 2021 | James Donato |
| AT&T Corp. et al v. VoIP-Pal.com, Inc.<br>3-21-cv-05078 (NDCA) | Jun. 30, 2021 | James Donato |
| Zoo Digital Limited v. Cyberlink.com Corp.<br>3-21-cv-04784 (NDCA) | Jun. 22, 2021 | James Donato |
| Digital Verification Systems, LLC v. King Street Labs, LLC d/b/a FormSwift<br>3-21-cv-03211 (NDCA) | Apr. 30, 2021 | James Donato |
| Proven Networks, LLC v. Barracuda Networks, Inc.<br>3-21-cv-02185 (NDCA) | Mar. 29, 2021 | James Donato |
| Resideo Technologies, Inc. v. EcoFactor, Inc.<br>3-21-cv-01496 (NDCA) | Mar. 02, 2021 | James Donato |
| Google LLC f/k/a Google Inc. v. EcoFactor, Inc.<br>3-21-cv-01468 (NDCA) | Mar. 01, 2021 | James Donato |
| Huang v. Hula Networks, Inc.<br>3-21-cv-01061 (NDCA) | Feb. 10, 2021 | James Donato |
| Unicorn Energy GmbH v. Tesla, Inc.<br>5-21-cv-07476 (NDCA) | Sep. 28, 2021 | Beth Labson Freeman |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>5-21-cv-07557 (NDCA) | Sep. 28, 2021 | Beth Labson Freeman |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>5-21-cv-07560 (NDCA) | Sep. 28, 2021 | Beth Labson Freeman |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>5-21-cv-07561 (NDCA) | Sep. 28, 2021 | Beth Labson Freeman |

California Northern District

DocketNavigator

| WSOU Investments LLC v. Juniper Networks, Inc.<br>5-21-cv-07562 (NDCA) | Sep. 28, 2021 | Beth Labson Freeman |
| WSOU Investments LLC v. Juniper Networks, Inc.<br>5-21-cv-07558 (NDCA) | Sep. 27, 2021 | Beth Labson Freeman |
| VDPP LLC v. Asustek Computer Inc. et al<br>5-21-cv-04649 (NDCA) | Jun. 16, 2021 | Beth Labson Freeman |
| Lyft, Inc. v. AGIS Software Development LLC<br>5-21-cv-04653 (NDCA) | Jun. 16, 2021 | Beth Labson Freeman |
| Advanced Silicon Group Technologies, LLC v. Boviet Solar Technology Co., Ltd. et al<br>5-21-cv-04510 (NDCA) | Jun. 11, 2021 | Beth Labson Freeman |
| Kaufman v. Salesforce.com, Inc.<br>5-21-cv-04491 (NDCA) | Jun. 10, 2021 | Beth Labson Freeman |
| Smith Micro Software, Inc. et al v. AGIS Software Development LLC<br>5-21-cv-03677 (NDCA) | May. 17, 2021 | Beth Labson Freeman |
| WhatsApp LLC v. AGIS Software Development LLC<br>5-21-cv-03076 (NDCA) | Apr. 27, 2021 | Beth Labson Freeman |
| Skillz Platform Inc. v. AviaGames Inc.<br>5-21-cv-02436 (NDCA) | Apr. 05, 2021 | Beth Labson Freeman |
| CareView Communications, Inc. v. Interactive Digital Solutions, Inc.<br>4-21-cv-07061 (NDCA) | Sep. 13, 2021 | Haywood S Gilliam, Jr. |
| Social Positioning Input Systems, LLC v. Geozilla Inc.<br>4-21-cv-07073 (NDCA) | Sep. 13, 2021 | Haywood S Gilliam, Jr. |
| Cooler Master Co., Ltd. et al v. Asetek Danmark A/S<br>4-21-cv-04627 (NDCA) | Jun. 16, 2021 | Haywood S Gilliam, Jr. |
| Google, LLC f/k/a Google Inc. v. EcoFactor, Inc.<br>4-21-cv-03220 (NDCA) | Apr. 30, 2021 | Haywood S Gilliam, Jr. |
| Rothschild Broadcast Distribution Systems, LLC v. Epignosis LLC d/b/a TalentLMS<br>4-21-cv-03117 (NDCA) | Apr. 28, 2021 | Haywood S Gilliam, Jr. |
| Rothschild Broadcast Distribution Systems, LLC v. Blue Jeans Network, Inc.<br>4-21-cv-02685 (NDCA) | Apr. 14, 2021 | Haywood S Gilliam, Jr. |
| US Cotton, LLC v. A to Z Beauty, LLC<br>4-21-cv-02141 (NDCA) | Mar. 26, 2021 | Haywood S Gilliam, Jr. |
| Hantz Software, LLC v. Sage Intacct, Inc.<br>4-21-cv-01987 (NDCA) | Mar. 22, 2021 | Haywood S Gilliam, Jr. |
| Rothschild Broadcast Distribution Systems, LLC v. VIAAS, Inc.<br>4-21-cv-01848 (NDCA) | Mar. 16, 2021 | Haywood S Gilliam, Jr. |
| Informative Technology Systems, LLC v. NextLabs, Inc.<br>3-21-cv-08505 (NDCA) | Nov. 02, 2021 | Thomas S. Hixson |
| CyboEnergy, Inc. v. Northern Electric Power Technology, Inc.<br>3-21-cv-08534 (NDCA) | Nov. 02, 2021 | Thomas S. Hixson |
| Hongji Intelligent Bike Co., Ltd. v. Igogomi LLC et al<br>3-21-cv-08067 (NDCA) | Oct. 14, 2021 | Thomas S. Hixson |
| Rothschild Patent Imaging LLC v. Smugmug, Inc.<br>3-21-cv-08006 (NDCA) | Oct. 12, 2021 | Thomas S. Hixson |
| Riggs Technology Holdings, LLC v. Vagaro, Inc.<br>3-21-cv-07927 (NDCA) | Oct. 08, 2021 | Thomas S. Hixson |
| Eagle Eyes Traffic Industry USA Holding LLC v. E-Go Bike LLC<br>3-21-cv-07097 (NDCA) | Sep. 14, 2021 | Thomas S. Hixson |
| Huang v. Trifecta Networks, LLC<br>3-21-cv-04721 (NDCA) | Jun. 21, 2021 | Thomas S. Hixson |
| Huang v. Talented Technologies<br>3-21-cv-01912 (NDCA) | Mar. 17, 2021 | Thomas S. Hixson |
| Huang v. Townsend Networks<br>3-21-cv-01059 (NDCA) | Feb. 10, 2021 | Thomas S. Hixson |
| Ikorongo Texas LLC v. Uber Technologies, Inc.<br>3-21-cv-07420 (NDCA) | Sep. 23, 2021 | Susan Illston |
| Ikorongo Texas LLC v. Samsung Electronics Co., LTD et al<br>3-21-cv-07424 (NDCA) | Sep. 23, 2021 | Susan Illston |
| Ikorongo Texas LLC v. LG Electronics Inc. et al<br>3-21-cv-07429 (NDCA) | Sep. 23, 2021 | Susan Illston |
| Ikorongo Texas LLC v. Lyft, Inc.<br>3-21-cv-06820 (NDCA) | Sep. 02, 2021 | Susan Illston |
| Johnstech International Corp. v. WinWay Technology Co. Ltd. et al<br>3-21-cv-05466 (NDCA) | Jul. 15, 2021 | Susan Illston |
| Vision Works IP Corp. v. Peloton Technology, Inc.<br>3-21-cv-03321 (NDCA) | May. 04, 2021 | Susan Illston |
| NOSSK, Inc. v. Fitness Anywhere, LLC d/b/a TRX<br>3-21-cv-08914 (NDCA) | Nov. 17, 2021 | Sallie Kim |
| Digital Verification Systems, LLC v. Foxit Software, Inc.<br>3-21-cv-08529 (NDCA) | Nov. 02, 2021 | Sallie Kim |
| HD Silicon Solutions LLC v. Microchip Technology Inc.<br>3-21-cv-08295 (NDCA) | Oct. 27, 2021 | Sallie Kim |
| Super Interconnect Technologies LLC v. Google LLC<br>5-21-cv-08706 (NDCA) | Nov. 09, 2021 | Lucy H. Koh |
| Social Positioning Input Systems, LLC v. Sieva Networks, Inc.<br>5-21-cv-07526 (NDCA) | Sep. 27, 2021 | Lucy H. Koh |
| Duolingo, Inc. v. Modern Font Applications LLC<br>5-21-cv-06132 (NDCA) | Aug. 10, 2021 | Lucy H. Koh |

| Case | Date | Judge |
|---|---|---|
| Geographic Location Innovations LLC v. Health Mart Systems, Inc.<br>5-21-cv-05155 (NDCA) | Jul. 05, 2021 | Lucy H. Koh |
| Optima Direct, LLC v. Shenzhen Sunlord Electronics Co., LTD et al<br>5-21-cv-02822 (NDCA) | Apr. 19, 2021 | Lucy H. Koh |
| Twitter, Inc. v. VoIP-Pal.com, Inc.<br>5-21-cv-02769 (NDCA) | Apr. 16, 2021 | Lucy H. Koh |
| Rothschild Broadcast Distribution Systems, LLC v. Verkada, Inc.<br>5-21-cv-00005 (NDCA) | Jan. 03, 2021 | Lucy H. Koh |
| NextGen Innovations, LLC v. II-VI, Inc. et al<br>4-21-cv-07477 (NDCA) | Sep. 24, 2021 | Yvonne Gonzalez Rogers |
| Unirac, Inc. v. Pegasus Solar, Inc.<br>4-21-cv-06934 (NDCA) | Sep. 07, 2021 | Yvonne Gonzalez Rogers |
| Rothschild Broadcast Distribution Systems, LLC v. Ellation, LLC<br>4-21-cv-06698 (NDCA) | Aug. 30, 2021 | Yvonne Gonzalez Rogers |
| Social Positioning Input Systems, LLC v. Abaqus Inc.<br>4-21-cv-06704 (NDCA) | Aug. 30, 2021 | Yvonne Gonzalez Rogers |
| TJTM Technologies, LLC v. Samsung Electronics America, Inc.<br>4-21-cv-05500 (NDCA) | Jul. 16, 2021 | Yvonne Gonzalez Rogers |
| 10Tales, Inc. v. TikTok, Inc.<br>4-21-cv-03868 (NDCA) | May. 21, 2021 | Yvonne Gonzalez Rogers |
| Optima Direct, LLC v. Yageo America Corporation<br>4-21-cv-02823 (NDCA) | Apr. 19, 2021 | Donna M. Ryu |
| Express Mobile, Inc. v. eBay Inc.<br>3-21-cv-06656 (NDCA) | Aug. 30, 2021 | Richard Seeborg |
| Express Mobile, Inc. v. Facebook Inc.<br>3-21-cv-06657 (NDCA) | Aug. 27, 2021 | Richard Seeborg |
| Express Mobile, Inc. v. Slack Technologies, Inc.<br>3-21-cv-02001 (NDCA) | Mar. 23, 2021 | Richard Seeborg |
| Express Mobile, Inc. v. Dropbox, Inc.<br>3-21-cv-01145 (NDCA) | Feb. 16, 2021 | Richard Seeborg |
| Azizi v. Sol Boards, Inc.<br>3-21-cv-07750 (NDCA) | Oct. 04, 2021 | Joseph C. Spero |
| Cox v. Ford Motor Company<br>3-21-cv-05388 (NDCA) | Jul. 14, 2021 | Joseph C. Spero |
| DatRec, LLC v. PrognoCIS, Inc.<br>3-21-cv-01595 (NDCA) | Mar. 05, 2021 | Joseph C. Spero |
| Rothschild Broadcast Distribution Systems, LLC v. Drive Headquarters, Inc.<br>3-21-cv-00121 (NDCA) | Feb. 15, 2021 | Joseph C. Spero |
| Decatur Licensing LLC v. ASUS Computer International<br>3-21-cv-00761 (NDCA) | Jan. 30, 2021 | Joseph C. Spero |
| Software Research, Inc. v. BrowserStack, Inc.<br>4-21-cv-08124 (NDCA) | Oct. 18, 2021 | Jon S. Tigar |
| Jenam Tech, LLC v. Google LLC<br>4-21-cv-07994 (NDCA) | Oct. 12, 2021 | Jon S. Tigar |
| Battery Conservation Innovations, LLC v. Corsair Gaming, Inc.<br>4-21-cv-07322 (NDCA) | Sep. 20, 2021 | Jon S. Tigar |
| KOSS Corporation v. Plantronics, Inc., et. al.<br>4-21-cv-03854 (NDCA) | May. 21, 2021 | Jon S. Tigar |
| MindbaseHQ LLC v. Google LLC<br>4-21-cv-03603 (NDCA) | May. 13, 2021 | Jon S. Tigar |
| Scanning Technologies Innovations, LLC v. Finale, Inc.<br>4-21-cv-03119 (NDCA) | Apr. 28, 2021 | Jon S. Tigar |
| Chung v. Intellectsoft Group Corporation<br>4-21-cv-03074 (NDCA) | Apr. 27, 2021 | Jon S. Tigar |
| Correlated Magnetics Research, LLC v. Logitech, Inc.<br>4-21-cv-02554 (NDCA) | Apr. 08, 2021 | Jon S. Tigar |
| Control Laser Corporation v. Smith d/b/a BSET EQ<br>4-21-cv-01869 (NDCA) | Mar. 17, 2021 | Jon S. Tigar |
| Lyft, Inc. v. Quartz Auto Technologies, LLC<br>4-21-cv-01871 (NDCA) | Mar. 17, 2021 | Jon S. Tigar |
| Scanning Technologies Innovations, LLC v. VBO Tickets, Inc.<br>4-21-cv-00004 (NDCA) | Jan. 03, 2021 | Jon S. Tigar |
| WSOU Investments, LLC v. Arista Networks, Inc.<br>3-21-cv-08679 (NDCA) | Nov. 08, 2021 | Alex G. Tse |
| JSDQ Mesh Technologies LLC v. VP Networks, Inc. a/k/a Valuepoint Networks, Inc.<br>4-21-cv-01096 (NDCA) | Feb. 12, 2021 | Kandis A. Westmore |
| Rothschild Broadcast Distribution Systems, LLC v. Cyberlink.com Corporation<br>4-21-cv-05975 (NDCA) | Aug. 02, 2021 | Jeffrey S. White |
| Triller, Inc. v. ByteDance, Ltd. et al<br>4-21-cv-05300 (NDCA) | Jul. 09, 2021 | Jeffrey S. White |
| Quicklogic Corporation v. Konda Technologies, Inc. et al<br>4-21-cv-04657 (NDCA) | Jun. 16, 2021 | Jeffrey S. White |
| Advanced Silicon Group Technologies, LLC v. Canadian Solar, Inc. et al<br>4-21-cv-04514 (NDCA) | Jun. 11, 2021 | Jeffrey S. White |
| Yuntek International, Inc. v. John Doe Corporation<br>4-21-cv-03065 (NDCA) | Apr. 27, 2021 | Jeffrey S. White |
| Oyster Optics, LLC v. Ciena Corporation<br>4-21-cv-02241 (NDCA) | Mar. 30, 2021 | Jeffrey S. White |