UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC dba VIVATO TECHNOLOGIES,<br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br>        Defendant. | Case No. 6:21-cv-625-ADA |

### [PROPOSED] ORDER

Having considered Defendant Google LLC's ("Google") Opposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) to the Northern District of California and the related briefing, the Court hereby GRANTS Google's motion.

Pursuant to 28 U.S.C. § 1404(a), the Court hereby transfers this case to the United States District Court for the Northern District of California.

It is so ORDERED.

The Clerk of Court is respectfully directed to transfer the case to the United States District Court for the Northern District of California.

SIGNED this _____ day of _____ 2021

_____
UNITED STATES DISTRICT JUDGE
ALAN D ALBRIGHT